. eJu'sticeNY Integrated Justice Portal

**eJusticeNY** INTEGRATED JUSTICE PORTAL    Michael Mazzota / NY0290020

Property » Registration  [+] Feedback

## Registration                                    ⊙ ⚙

| Inquiry | |
|---|---|
| **Results** | |
| **Search Criteria** | **Plate Type:** 16  **Plate:** hty8754 |
| **DMV Registration** | **Status:** VALID  **Expiration:** 10/29/2019  **Plate Issued:** 10/30/2017 <br> **Plate:** HTY8754  **Class:** PAS - Passenger Plate (016) <br> **Style:** GOLD  **Logo:** GOLD  **Legend:** PASSENGER <br> **Vehicle:** 1998; HYUNDAI; ELANTRA; FOUR-DOOR SEDAN; WHITE <br> **Unladen Weight:** 2626 <br> **Vehicle ID:** KMHJF24M0WU701467 <br><br> **Insurance Co.:** PROGRESSIVE MAX INS CO  **Insurance Code:** 693 <br><br> **Name:** CIPLEY, JAMES M  **Birth Date:** 09/14/1978  **Sex:** Male <br> **Address:** 1 MACK PLACE <br>　　　　　　BETHPAGE, New York 11714 <br> (more)  (print preview) <br><br> **Status:** VALID (Non-CDL) <br> **License Class:** *D*  **Expiration:** 09/14/2020 <br> **Name:** CIPLEY, JAMES M  **Client ID:** 971403304 <br> **Birth Date:** 09/14/1978  **Sex:** Male  **Height:** 5' 9"  **Eye Color:** BLUE <br> **Address:** 134 MILTON AVE  **County:** NASSAU <br>　　　　　　LEVITTOWN, New York 11756 <br> (more) <br><br> **Transaction ID:** 929c866e-44e2-11e9-9372-202020201010 |
| **NYS Vehicle** | No hit |
| **NCIC Vehicle** | No hit <br> (more)  (print preview) |
| **NYS Plate** | No hit |
| **NCIC Plate** | No hit <br> (more)  (print preview) |
| **NYS Part** | No hit |
| **NYS Parole** | No hit |
| **NYS Probation** | No hit |
| **NYS Order of Protection** | ***HIT***  TEMPORARY <br> ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE ** <br><br> **Originating Agency (ORI):** NY0290000 - NASSAU COUNTY POLICE DEPARTMENT- COMMUNICATION BUREAU <br> **Phone:** 516-573-8690 <br> **Order Against Person:** |

# NASSAU COUNTY PD
## CASE REPORT
Case Folder Number: 2019CR317136

## CASE DATA

**Reported As:** DOMDIST - Domestic disturbance

**Reporting Officer:** 10222 - Lomonaco, Anthony P     **Command:** 002

**Reported On:** 03/12/2019 @ 0404     **Reporting Agency:** NASSAU COUNTY PD

**Occurred On:** 03/12/2019 @ 0330 (Tuesday)

**Incident Location:**
3742 WINDSOR
DR Bethpage, NY     **Detective Assigned:** 7976 - Mazzara, Michael P

**Precinct of Incident:** 2nd Precinct South     **Post of Incident:** 808

## OFFENSE(S)

**Offense:** Z - DOMESTIC     **Class:**     **Category:**

**Location Type:**

**Offense:** PL 215.51 BV - CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT     **Class:** E     **Category:** Felony

**Location Type:** Single Family Home

## ARRESTEE(S)

**Name:** Cipley, James     **DOB:** 09/14/1978     **Age:** 40     **SSN:** 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

**Sex:** Male     **Race:** White     **Ethnicity:** Non Hispanic or Latino

**Marital Status:** Divorced

**Employer/School:** None     **Occupation/Grade:** plumber

**Contact Information**

  **Address**

  Home: 134 MILTON AVE LEVITTOWN, NY 11756

  **Phone**

  Mobile: (516) 450-7945

**Physical Characteristics**

  **Eye Color:** Blue     **Complexion:** Light

  **Hair Color:** Brown     **Teeth:** Normal

  **Hair Style:** Bald/Balding     **Facial Hair:** Beard Only

  **Hair Length:** Other     **Height:** 5' 10"

  **Build:** Medium     **Weight:** 175

  **Clothing:** black sweats, white sneakers, green hoodie

**Scars/Marks/Tattoos**

| Type | Location | Description |
|---|---|---|
| Scar | Neck | large scar right collar bone |

**Residency**

  **Place of Birth:** east meadow, ny

  **Driver's License #:** 971403304     **Driver's License State:** New York

**Arrest Information**

  **Arrest #:** 2019AR502709

       **Multi-Clearance:** Not Applicable

  **Arrested For:** 1. PL 215.51 BV - CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT

  **Armed With:** None

NCPD 000039

## VICTIM(S)

**Name:** Labella, Bonnie

**DOB:** 11/02/1982

**Age:** 36    **Deposed:** Yes

**Sex:** Female

**Race:** White

**Ethnicity:** Non Hispanic or Latino

**Victim Type:** Individual

**Injury:** None

**Victim Of:**  1. Z - DOMESTIC

2. PL 215.51 BV - CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT

### Contact Information

**Address**

Home: 1 2nd St Woodbury

**Phone**

Mobile: (321) 682-9707

**Residency**

**Nassau County Resident:** Resident

## NARRATIVE

On March 12, 2019 at about 0330 hours at 3742 Windsor Dr, Bethpage the victim Bonnie Labella was staying with a friend.  Suspect/Ex- boyfriend James Cipley arrived and began banging on the front door. When the victim awoke and went outside the suspect requested she leave with him and physically lifted her up to go. The victim refused, 911 was summoned, and the suspect fled scene. The victim holds a valid Nassau County District Court order of protection # 2019-000116, docket# cr-000485-19na, signed by Hon. Judge Valerie Alexander on January 06, 2019 and expiring on January 05, 2020. Said order directs the defendant in part to stay-away from the victim wherever she may be and not to go within 100 yards of her and refrain from any communication or contact with her. The victim made a formal police report in form DCJS-3221 and a written 32b attesting to the facts of the case and requesting the suspects arrest.

On March 13, 2019 the suspect was located in custody in Staten Island at the NYPD 120th precinct via the NYPD I-card system. Upon his release he was taken into custody at 1650 hours by detectives Mazzara and Lichtenstein and transported to the Second Precinct for arrest processing.

The defendant held for arraignment in First District Court on March 14, 2019 at 0900 hours.

## SUPERVISOR APPROVAL

**Supplement Number:** 001

**Reviewed By:** 8842 - Landman, Matthew J

**Reviewed On:** 3/12/2019 5:10:40 AM

**Supplement Number:** 002

**Reviewed By:** 7322 - Hospodar, Michael

**Reviewed On:** 3/13/2019 9:51:55 PM

# NASSAU COUNTY PD
## CRIME REPORT

Arrest Number: 2019AR502709    Case Folder Number: 2019CR317136

## DEFENDANT

**Name:** Cipley, James | **DOB:** 09/14/1978 | **Age:** 40 | **SSN:** 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
**Sex:** Male | **Race:** White | **Ethnicity:** Non Hispanic or Latino
**Marital Status:** Divorced
**Employer/School:** None | **Occupation/Grade:** plumber

### Contact Information
**Address**
Home: 134 MILTON AVE LEVITTOWN, NY 11756
**Phone**
Mobile: (516) 450-7945

### Physical Characteristics
**Eye Color:** Blue | **Complexion:** Light
**Hair Color:** Brown | **Teeth:** Normal
**Hair Style:** Bald/Balding | **Facial Hair:** Beard Only
**Hair Length:** Other | **Height:** 5' 10"
**Build:** Medium | **Weight:** 175
**Clothing:** black sweats, white sneakers, green hoodie

### Scars/Marks/Tattoos

| Type | Location | Description |
|------|----------|-------------|
| Scar | Neck | large scar right collar bone |

### Residency
**Place of Birth:** east meadow, ny
**Driver's License #:** 971403304 | **Driver's License State:** New York

## INCIDENT INFORMATION

### 2019CR317136
**Date:** 03/12/2019 @ 0330 (Tuesday)
**Location:** 3742 WINDSOR DR Bethpage, NY

## ARREST INFORMATION

**Arrest #:** 2019AR502709
**Date/Time Arrested:** 03/13/2019 @ 1650 | **Type of Arrest:** Complaint/Taken Into Custody
**Location of Arrest:** 120th Precinct, 78 Richmond Terrace
**Precinct of Arrest:** 2nd Precinct South | **Post of Arrest:** NYPD STATEN ISLAND
**Arrested By:** 7976 - Mazzara, Michael P | **Multi-Clearance:** Not Applicable
| **Armed With:** None
**Priors:** Yes
**Prior Admittance To Psychiatric Facility:** No
**Hold For Other Authority:** No
**Date/Time Booked:** 03/13/2019 @ 1840 | **Booked By:** 7976 - Mazzara, Michael P | **Booked By:** 9434 - Lichtenstein, Elliot B

### Release Information
**Date/Time Released:** 03/14/2019 @ 1100 | **Released By:** 8301 - Byrne, Francis T
**Reason For Release:** Court

### Gang Information
**Gang Involvement:** No

### Offense(s)

| Case Report Number | Offense | Class | Category | Modifier |
|--------------------|---------|-------|----------|----------|
| 2019CR317136 | PL 215.51 BV - CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT | E | Felony | |

### ID Information
**Type:** Known To Victim/Witness | **Date/Time:** 03/12/2019 @ 0350 | **By:** victim

### Search Information
**Defendant Searched:** Yes | **Justification:** Arrest | **Searched By:** 7976 - Mazzara, Michael P

NCPD 000041

## ARREST INFORMATION

### Defendant's Phone Call(s)

**Calls Made:** Yes

| Date/Time | Phone | Name | Relation |
|---|---|---|---|
| 03/13/2019 @ 1908 | (516) 735-1670 | James Cipley sr | father |

### I-Card Information

**Inquiry Performed:** Yes    **Result:** Negative    **Checked By:** 7976 - Mazzara, Michael P

## PERSON(S) INVOLVED

### 2019CR317136

**Offender**

**Name:** Cipley, James    **DOB:** 09/14/1978    **Age:** 40

**Contact Information**

**Address**

Home: 134 MILTON AVE LEVITTOWN, NY 11756

**Phone**

Mobile: (516) 450-7945

**Victim**

**Name:** Labella, Bonnie    **DOB:** 11/02/1982    **Age:** 36

**Contact Information**

**Address**

Home: 1 2nd St Woodbury

**Phone**

Mobile: (321) 682-9707

## TESTIMONIAL(S)

**Arresting Officer:** 7976 - Mazzara, Michael P    **Command:** 2SQ

**Testimonial:** Performed investigation, interviewed victim, located defendant and placed into custody, transported, searched, processed arrest

**Assisting Detective:** 9434 - Lichtenstein, Elliot B    **Command:** 2SQ

**Testimonial:** located defendant and placed into custody, transported

## ARREST NARRATIVE

### 2019CR317136

On March 12, 2019 at about 0330 hours at 3742 Windsor Dr, Bethpage the victim Bonnie Labella was staying with a friend.  Suspect/Ex- boyfriend James Cipley arrived and began banging on the front door. When the victim awoke and went outside the suspect requested she leave with him and physically lifted her up to go. The victim refused, 911 was summoned, and the suspect fled scene. The victim holds a valid Nassau County District Court order of protection # 2019-000116, docket# cr-000485-19na, signed by Hon. Judge Valerie Alexander on January 06, 2019 and expiring on January 05, 2020. Said order directs the defendant in part to stay-away from the victim wherever she may be and not to go within 100 yards of her and refrain from any communication or contact with her. The victim made a formal police report in form DCJS-3221 and a written 32b attesting to the facts of the case and requesting the suspects arrest.

On March 13, 2019 the suspect was located in custody in Staten Island at the NYPD 120th precinct via the NYPD I-card system. Upon his release he was taken into custody at 1650 hours by detectives Mazzara and Lichtenstein and transported to the Second Precinct for arrest processing.

The defendant held for arraignment in First District Court on March 14, 2019 at 0900 hours.

## SUPERVISOR APPROVAL

**Supplement Number:** 001

**Reviewed By:** 8842 - Landman, Matthew J

**Reviewed On:** 3/12/2019 5:10:40 AM

**Supplement Number:** 002

**Reviewed By:** 7322 - Hospodar, Michael

**Reviewed On:** 3/13/2019 9:51:55 PM

Prepared By: _____          _____
                          Print                                                    Sign


Desk Officer: _____          _____
                          Print                                                    Sign

NCPD 000043

NCPD 000044

From the desk of...

*Michael Mazzara*
Detective
Second Squad



STATEN ISL.
X pressury

X 20.

~~TROOPOR~~
CASTER (2032)

C) 876-313-7279.

Via COMPLAINANT   3/12/19 @
                        1152.

STAYING AT MUTUAL Friends
   house, "GEORGE Kioleides".
SUSPECT BANGING ON Door.
Complainant came outside
AND SUSPECT STATED You're ~~to~~
County with me. Picked up
Victim, Then Rt down
when George called. 911.

SUSPECT TEXTED Victim AT
   work today 0930.

SUSPECT Cell. ALTERNATE
(516) 949 - 6917
                 while 4/22)
DRIVING 1998 HYUNDAI
              ELANTRA.
HPY? 8754

From the desk of...

*Michael Mazzara*
Detective
Second Squad



From the desk of...

*Michael Mazzara*
Detective
Second Squad



P.O. TOBIA.
(718) 876-8493
SI COURT.
PRE ARRAIGNMENT
(718) 273-7566
=CARD #I 20180411 21
SGT. Flaherty.

121 ST PCT
IN COURT (-TOMORROW)
AM.
Richmond County Crim
COURT.

120 PCT

78 RICHMOND TERRACE

STATEN ISLAND

718-876-8500

PAULIES PIZZA
500 BAY ST

TONY'S BRICK OVEN (GRANDMA)

1140 BAY ST

120TH PCT
718-876-8478
Desk.

*From the desk of...*

*Michael Mazzara*
Detective
Second Squad



120TH
718-876-8478
Desk
Lodging Cell.

NCPD 000047

*From the desk of...*

*Michael Mazzara*

Detective
Second Squad

716-735-1670
JAMES - FATHER
1908.

Disabled
TV c

- EASTMEADOW -
Drug Rehab 2 eyrs ago.
Black sweats, Green Hoodie
wht Sneakers,

516-450-7945

POLICE DEPARTMENT
COUNTY OF NASSAU

| URGENT | YES | NO |
|---|---|---|

TO Det. Mazzara

DATE 3/13/19    TIME 12:48 PM

**WHILE YOU WERE OUT**

M Sgt Flaherty

of NYPD

AREA CODE 718 TELEPHONE NO. 273-7566

| | | | |
|---|---|---|---|
| X | TELEPHONED | X | PLEASE RETURN CALL |
| | CALLED TO SEE YOU | | WILL CALL AGAIN |
| | WANTS TO SEE YOU | | RETURNED YOUR CALL |

MESSAGE: Re: Det James Cipley

BY

Richard. CASTER @
YMAIL. COM.

NCPD 000048

# Nassau County Police Department
## DD Narrative

Name: 7976 - Mazzara, Michael P

Case Folder Number: 2019CR317136

Command: 2SQ

DD Number: 8-350-19

---

Detective Investigation

===============

DD 8-350-19

03/12/2019

2019CR317136

Notification:

========

Through Official Channels

Nature of occurrence:

===============

Domestic Criminal Contempt 1st

Resume:

=====

- Patrol reports criminal contempt – violation of stay away order

Investigation:

==========

-I/D received case via Primer 1 which indicates criminal contempt by Stay-Away OOP violation. I/D performed



# Nassau County Police Department
## DD Narrative

back ground checks on all parties. I/D found active Nassau District Court Stay-Away OOP # 2019-000116, issued 01/06/2019 and expiring 01/05/2020 against suspect. I/D recovered paperwork from patrol.

-I/D interviewed complainant via telephone who reiterates facts of case as in narrative. She reports being homeless and staying at a friend's house (george) in Bethpage when the suspect began banging on the door. The complainant went outside and the suspect told her to come with him, then picked her up, only to put her down when I/O "george" called 911. The suspect fled scene in his vehicle.

I/D put alert on suspect name record.

I/D and others from the 2sq responded to 134 Milton ave, Levittown in an attempt to apprehend suspect. Detectives had an altercation with the suspects mother Donna Cipley resulting in arrest (2019CR317267). The suspect's vehicle was observed parked curbside and left at scene. I/D placed alarm on car to apprehend suspect.

03/12/2019 - I/D contacted by Trooper Caster of NYSP. He advised he had the suspect stopped in the suspect auto due to the active alarm and the passenger was victim Labella. The trooper was advised of the OOP and arrested the suspect in that jurisdiction for criminal contempt. The victim told the Trooper the suspect was her fiancee, she was in love with him, and they were going to South Carolina to get married. The vehicle was released to the victim and the alarm cancelled.

03/13/2019 - Suspect Cipley released from incarceration in Staten Island, NY. I/D and Detective Lichtenstein responded, took the suspect into custody, and transported him to the second precinct for arrest processing.

Victim:

=====

Bonnie Labella (36)

Suspect:

======

 Nassau County Police Department
DD Narrative

James Cipley (40)

Subject Identification:

===============

- Known to complainant (ex-boyfriend)

Video:

====

None

Weapon Used:

=========

None

Statements:

=======

DCJS 3221 & 32b From complainant Labella

Arrest Details:

==========

On March 12, 2019 at about 0330 hours at 3742 Windsor Dr, Bethpage the victim Bonnie Labella was staying with a friend. Suspect/Ex- boyfriend James Cipley arrived and began banging on the front door. When the victim awoke and went outside the suspect requested she leave with him and physically lifted her up to go. The victim refused, 911 was summoned, and the suspect fled scene. The victim holds a valid Nassau County District Court order of protection # 2019-000116, docket# cr-000485-19na, signed by Hon. Judge Valerie Alexander on January 06, 2019 and expiring on January 05, 2020. Said order directs the defendant in part to stay-away from the victim



# Nassau County Police Department
## DD Narrative

wherever she may be and not to go within 100 yards of her and refrain from any communication or contact with her. The victim made a formal police report in form DCJS-3221 and a written 32b attesting to the facts of the case and requesting the suspects arrest.

On March 13, 2019 the suspect was located in custody in Staten Island at the NYPD 120th precinct via the NYPD I-card system. Upon his release he was taken into custody at 1650 hours by detectives Mazzara and Lichtenstein and transported to the Second Precinct for arrest processing.

The defendant held for arraignment in First District Court on March 14, 2019 at 0900 hours.

Charges:

======

PL 215.51(b5) Criminal Contempt 1st

Case status:

========

Closed/ Arrest- Adult (01)

---

Detective Michael Mazzara

Shield 1273

P/Sgt finlu sq # 224   3/27/19



People » Orders of Protection » Inquiry  [-] Feedback

Order Of Protection Inquiry                                          ⊙ ⚙

## NYS Order of Protection Detail

### Caveat Text

** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE **

### Order of Protection

**MKE:** TEMPORARY
**Court ORI:** NY029013J - NASSAU COUNTY 1ST DISTRICT COURT
516-493-4200
**Court Type:** LC
**Law Enforcement ORI:** NY0290000 - NASSAU COUNTY POLICE DEPARTMENT- COMMUNICATION BUREAU
516-573-8690
**Court Order Number:** 2019-000116
**Docket Number:** CR-000485-19NA
**Family Unit:** 238432  **Family:** TRUE
**Service Required:** FALSE  **Court Advised:** TRUE
**Warrant Returned:** FALSE  **Brady:** FALSE
**Judge:** ALEXANDER,VALERIE
**Issued:** 01/06/2019  **Served:** 01/06/2019  **Expires:** 01/05/2020
**Served Date:  Time:**

### Order of Protection Against

**Name:** CIPLEY, JAMES
**Birth Date:** 09/14/1978
**Sex:** MALE          **Race:** WHITE
**Height:** 5 ft. 10 in.    **Weight:** 175 lbs.
**Eye Color:** BLU      **Hair Color:** BRO
**State ID:** 08595157N
**Term Details:**
ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT NOT LIMITED TO, THE FOLLOWING: ALL FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY AT LOCAL PRECINCT; (12)
FIREARMS LICENSE (IF ANY) IS SUSPENDED : JAMES CIPLEY'S (DOB: 09/14/1978) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS, IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED; (13A)
INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER : JAMES CIPLEY (DOB: 09/14/1978) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE DURING THE PERIOD OF THIS ORDER (13C)

### Party Requesting Order

**NOTE: Requesting Party is Also a Protected Person**
**Name:** LABELLA, BONNIE

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 17 of 76 PageID
#: 349                                    NCPD 000053
eJusticeNY Integrated Justice Portal                                    Page 2 of 2

**Birth Date:** 11/02/1982
    **Sex:** FEMALE    **Race:** UNKNOWN
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING,
HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL
MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS,
IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST BONNIE LABELLA
(DOB: 11/02/1982); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER
ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE,
E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH BONNIE LABELLA (DOB:
11/02/1982) DIRECTLY OR INDIRECTLY (EXCEPT PER PARA 5); (14)
STAY AWAY FROM THE PERSON : BONNIE LABELLA (DOB: 11/02/1982); (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF BONNIE LABELLA (DOB: 11/02/1982); (1B)
STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF BONNIE LABELLA (DOB: 11/02/1982); (1C)
STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF BONNIE LABELLA (DOB: 11/02/1982); (1D)
STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF BONNIE LABELLA
(DOB: 11/02/1982); (1E)
STAY AWAY FROM (OTHER) : (OTHER) BONNIE LABELLA (DOB: 11/02/1982) DO NOT GO WITHIN 100
YARDS OF THE ABOVE PERSON(S); NO THIRD PARTY CONTACT (EXCEPT PER PARA 5); (1F)

**Transaction ID:** 4a48eed4-44d4-11e9-9372-202020201010

BACK

NCPD 000054

ORI No: _____ 29                  At a term of the ☒ District / City  ☐ County / Supreme    Criminal Form 1  12/2013
                                    at the Courthouse at ☒ Hempstead  ☐ Mineola  ☐ Glen Cove ☐ Long Beach,  Court, County of NASSAU,
Order No: _____                                                                              New York

NYSID No: _____
CJTN No: _____                                              ORDER OF PROTECTION
                                                           Family Offenses - C.P.L. 530.12

PRESENT Hon. __Alexander__                      ☐ Youthful Offender (check if applicable)
PEOPLE OF THE STATE OF NEW YORK                 Party __P__ Index/Docket No. __8-000 465-19MA__
                                                Indictment No., if any: _____
against                                         Charges: __NO 65  135 05  121 10  16055__
__James Cipley__                                (Check box): ☐ Ex Parte ☒ Defendant Present In Court
_____ , Defendant  Date of Birth: __9 4 78__

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL
PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF
COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU
ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN
EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS
TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS
ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY
CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

☐ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of
protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☒ ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation]: _____
And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:
[01] ☒ Stay away from [A] ☒ [name(s) of protected person(s) or witness(es)]: __Sherrie Labella (+2)__ and/or from the
    [B] ☒ home of Same          [C] ☒ school of Same
    [D] ☒ business of Same       [E] ☒ place of employment of Same
    [F] ☒ other  Do not go within 100 yards of the above person(s); no third party contact (except per para. 5)
[14] ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means
    with [specify protected person(s)]: __Same (+2)__ directly or indirectly (except per para. 5);
[02] ☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct,
    criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, or any criminal offense against
    [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody of
    child(ren)]: __Same (+2)__
[15] ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s)
    and, if available, name(s)]:
[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____
    during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove
    personal belongings not in issue in litigation [specify items]:
[04] ☐ Refrain from [indicate acts]: _____ that
    create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]:
[05] ☐ Permit [specify individual(s)]: _____
    entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: _____
    during the following periods of time [specify]: _____, under the following terms and conditions
    [specify]: Pursuant to an order of court of competent jurisdiction.
[12] ☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not
    limited to, the following __All firearms__ and do not obtain any further guns or other
    firearms. Such surrender shall take place immediately, but in no event later than [specify date/time]: __Immediately__
    at __Local Precinct__
[ ] ☐ Promptly return or transfer the following identification documents [specify]: _____
    _____ to the party protected by this Order NOT LATER THAN [specify date]: _____
    in the following manner [specify manner or mode of return or transfer]: _____
    [Check box(es) if applicable]: ☐ Such documents shall be made available for use as evidence in this judicial proceeding.
                                  ☐ [Jointly owned documents or documents in both parties' names only]: the following document(s)
                                    may be used as necessary for legitimate use by the defendant [specify]:
[99] ☐ Specify other conditions defendant must observe for the purposes of protection: _____

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms,
if any, pursuant to Penal Law §400.00, is hereby [13A] ☒ suspended or [13B] ☐ revoked [note: final order only], and/or [13C] ☒ the Defendant
shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes).
IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: __15/20__
If this is a Temporary Order, it shall expire on this date or upon the case's disposition, whichever comes first. Arresting officer should confirm
that this Order has not been modified or vacated prior to this date.
DATED: __1 5 19__                              __Valerie Alexander__
                                               JUDGE / JUSTICE
☒ Defendant advised in Court of issuance and contents of Order.   Court (Court Seal)
☒ Order personally served on Defendant in Court.  (Defendant's signature)
                                                    HON. VALERIE ALEXANDER
☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____
The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to
his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms
and to bring him or her before the Court to face penalties authorized by law.
Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a
commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party
and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights
(18 USC §§2265, 2266).
It is a federal crime to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect
  (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving
  the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired.
(18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).                                              QDA1/2014

NCPD 000055

**New York State DOMESTIC INCIDENT REPORT**

| Agency: NCPD | A | ORI: 2900 | Incident # 19 0142024 |
|---|---|---|---|

| Reported Date 3/12/2019 | Time (24 hours) 0850 | Occurred Date 3/12/2019 | Time (24 hours) 0830 | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 317136 |

**Incident**

Address (Street No., Street Name, Bldg. No., Apt No.): 3742 WINDSOR DRIVE | City, State, Zip: BETHPAGE, NY

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases): LABELLA, BONNIE
Address (Street No., Street Name, Bldg. No., Apt No.): 2ND Street
City, State, Zip: WOODBURY NY 11797
How can we safely contact you? (e. Name, Phone, Email): Cell phone

DOB (MM/DD/YY): 11/2/82 | Age: 36 | ☒ Female ☐ Male ☐ Self-identified:
Victim Phone Number: 516 401 8826 | Language: English
☒ White ☐ Black ☐ Asian ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other ☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): CIPLEY JAMES
Address (Street No., Street Name, Bldg. No., Apt No.): 154 MILTON AVENUE
City, State, Zip: LEVITTOWN NY

DOB (MM/DD/YY): 9/14/75 | Age: 40 | ☐ Female ☒ Male ☐ Self-identified:
Suspect Phone Number: 516 450 7945 | Language: English
☒ White ☐ Black ☐ Asian ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Yes ☐ Probation ☐ Parole ☐ Not Supervised ☒ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☐ Married ☒ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ | Do the suspect and victim have a child in common? ☐ Yes ☒ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☒ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
"He was banging on the door"

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No  Gun: ☐ Yes ☐ No Other, describe:
Access to Guns? ☐ Yes ☒ No If yes, describe: | Suspect Threats? ☐ Yes ☒ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Injured? ☐ Yes ☒ No If yes, describe:
In-Pain? ☐ Yes ☒ No If yes, describe: | Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing Visible Marks? ☐ Yes ☒ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☐ No

**Witnesses**

| Child/Witness (1) Name (Last, First, M.I.) | DOB: | Child/Witness(1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Incident Narrative**

Briefly describe the circumstances of this incident: At T/P/O P1 states P2 did come to the above location and started banging on the door causing annoyance and alarm. P1 further states P2 also did grab and pick up P1 causing P1 annoyance and alarm. P1 does not have any injuries. Upon further investigation P1 does have a valid order of protection, full stay away, against P2 in effect issued by Judge Alexander of first District court. Docket # is unknown at this time.

**Evidence**

DIR Repository checked? ☒ Yes ☐ No  Order of Protection Registry checked? ☒ Yes ☐ No  Order of Protection in effect? ☒ Yes ☐ No ☐ Refrain ☒ Stay Away
Evidence Present? ☐ Yes ☒ No  Photos taken: ☐ Victim Injury ☐ Suspect Injury  Other Evidence: ☐ Damaged Property ☐ Videos  Destruction of Property? ☐ Yes ☒ No
☐ Other: _____  ☐ Electronic Evidence ☐ Other: _____  If yes, Describe:

**Offense**

| Offense Committed? ☒ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: Will Serve | Offense 1 Crim Contempt | Law (e.g. PL) 215.50 | Offense 2 | Law (e.g. PL) |
| | | VOP | | | |

POLICE COPY (Please make a copy for DA's office if appropriate)    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: NCPD | B | ORI: 2900 | Incident # 190142024 | Complaint # 317136 |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):
Suspect Arrested for Assault against Victim

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (   )**

Has Suspect ever:
- Threatened to kill you or your children? ☐ Yes ☑ No
- Strangled or "choked" you? ☐ Yes ☑ No
- Beaten you while you were pregnant? ☐ Yes ☑ No

Is suspect capable of killing you or children? ☐ Yes ☑ No
Is suspect violently and constantly jealous of you? ☐ Yes ☑ No
Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No If NO, Why:
Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No If NO, Why:

**Signatures:**
Reporting Officer (Print and Sign Include Rank and ID#): PO LOMBARDO 1695
Supervisor (Print and Sign Include Rank and ID#): Sgt. Regina DiLorenzoSgt

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION
*Officers are encouraged to assist the Victim in completing this section of the form.

Suspect Name (Last, First, MI): Cipley, James

I, LABELLA, BONNIE (Victim/Deponent Name) state that on 3/12/2019 (Date)
at 3742 WINDSOR DR (Location of incident) in the County/City/Town/Village Nassau
of the State of New York, the following did occur:

Signed 32 B

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature: Bonnie LaBella   Date: 3/11/2019
Witness or Officer Signature:   Date: 3/11/2019

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 of 2

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No   Date:
POLICE COPY (Please make a copy for DA's office if appropriate)  NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906  3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

NCPD 000057

PDCN 32B - Rev. 6/83

## POLICE DEPARTMENT, COUNTY OF NASSAU, N.Y.
### SUPPORTING DEPOSITION

INSTRUCTIONS: Deponent must place signature immediately after his/her narrative statement which shall include a statement of non-permission when applicable. Police Officer will complete boxed area of form and will witness the deponent's statement by placing signature immediately below the deponent's signature.

| Case Report No. | D.D. No. | | Defendants Name if Known | Relationship of Deponent to Property |
| --- | --- | --- | --- | --- |
| 371136 | 8-350-19 | | CIPLEY JAMES | VICTIM |
| Date & Time of Deposition | WITNESS | Rank | Name Printed | Serial No. | Command |
| 3/12/2019 0330 | | PO | LOMONACO | 10222 | 25 |

### NOTICE
ANY FALSE STATEMENT MADE IN THIS DEPOSITION IS PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

I am _Bonnie LABELLA_

On the 12th day of MARCH 2019 at about 8:30 ☒AM ☐PM I _was at my friends house located at 3742 WINDSOR DRIVE in BETHPAGE when my ex boyfriend did come to the house and started banging on the door numerous times. When I answered He then did grab me and pick me up. I am not injured and have no pain anywhere. I have a full stay away order of protection against my ex boyfriend (CIPLEY, JAMES) issued m first District court by JUDGE ALEXANDER. I am requesting an arrest of my ex boyfriend if apprehended. I am giving this statement to PO LOMONACO and it is the truth._

I have read and understand the above notice.

X Bonnie LaBella

PO 1645                    Bonnie LaBella

eJusticeNY Integrated Justice Portal

| | |
|---|---|
| | CIPLEY, JAMES  **Birth Date:** 09/14/1978  **Sex:** Male  **Race:** White |
| | **Requesting Person:** LABELLA, BONNIE  **Birth Date:** 11/02/1982  **Sex:** Female  **Race:** Unknown |
| | **Protected Person:** LABELLA, BONNIE  **Birth Date:** 11/02/1982  **Sex:** Female  **Race:** Unknown |
| | (more)  (print preview) |
| **NYS / NCIC Person (NAM)** | **NYS Person Response**<br>No hit<br><br>**NCIC Person Response**<br>  ***HIT***  TEMPORARY PROTECTION ORDER<br><br>(more)  (print preview)<br><br>                                             Hit Confirmation Request |
| **NYS Person (REG)** | No hit |
| **NYS Person (VIN)** | No hit |
| **Transaction ID:** 8e5eb5ac-44e2-11e9-9372-202020201010 | |

About  |  Site Map  |  Site Policies  |

March 12, 2019 12:19 PM EDT

NCPD 000059

**New York State DOMESTIC INCIDENT REPORT**

| Agency: | | ORI#: | Incident #: |
|---|---|---|---|

Reported Date (MM/DD/YYYY): 2/1/2019   Time (24 hours): 0355
Occurred Date (MM/DD/YYYY): 3/12/2019   Time (24 hours): 0330
☐ Officer Initiated  ☑ Radio Run  ☐ Walk-In
☐ ICAD (NYC)
Complaint #: 317136

Address (Street No., Street Name, Bldg. No., Apt No.): 3740 WINDSOR DRIVE
City, State, Zip: BETHPAGE, NY

**VICTIM (P1)**

Name (Last, First, M.I.) (Include Aliases): LABELLA, BONNIE
DOB (MM/DD/YYYY): 1/2/82   Age: 36   ☑ Female ☐ Male ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.): 245 Street
Victim Phone Number: 516 401 5820   Language: English
City, State, Zip: WOODBURY NY 11797
☑ White ☐ Black ☐ Asian ☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other
How can we safely contact you? Cell phone
☐ Other identifier:

**SUSPECT (P2)**

Name (Last, First, M.I.) (Include Aliases): LIPLEY JAMES
DOB (MM/DD/YYYY): 9/14/75   Age: 40   ☐ Female ☑ Male ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.): 134 MILTON AVENUE
Suspect Phone Number: 516 450 7945   Language: English
City, State, Zip: LEVITTOWN NY
☑ White ☐ Black ☐ Asian ☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other ☐ Other Identifier:

Do suspect and victim live together? ☐ Yes ☑ No   Suspect/P2 present? ☐ Yes ☑ No
Was suspect injured? ☐ Yes ☑ No If yes describe:
Possible drug or alcohol use? ☐ Yes ☑ No
Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☑ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☐ Married ☑ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:
Do the suspect and victim have a child in common? ☐ Yes ☑ No

**VICTIM INTERVIEW**

Emotional condition of VICTIM? ☐ Upset ☑ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
"HE was banging on the door"

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

**SUSPECT**

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:
Access to Guns? ☐ Yes ☑ No If yes, describe:
Injured? ☐ Yes ☑ No If yes, describe:
In Pain? ☐ Yes ☑ No If yes, describe:

Suspect Threats? ☐ Yes ☑ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:
Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
Visible Marks? ☐ Yes ☑ No If yes, describe:

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☐ No

**WITNESSES**

Child/Witness (1) Name (Last, First, M.I.) | DOB: | Child/Witness (1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone:
Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness (2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone:

**INCIDENT NARRATIVE**

Briefly describe the circumstances of this incident: At T/P/O P1 states P2 did come to the above location and started banging on the door causing annoyance and alarm. P1 further states P2 also did grab and pick up P1 also causing P1 annoyance and alarm. P1 does not have any injuries. Upon further investigation P1 does have a valid order of protection, full stay away, against P2 in effect issued by Judge Alexander of first District Court. Docket # is unknown at this time.

DIR Repository checked? ☑ Yes ☐ No   Order of Protection Registry checked? ☑ Yes ☐ No   Order of Protection in effect? ☑ Yes ☐ No ☐ Refrain ☑ Stay Away

**EVIDENCE**

Evidence Present? ☐ Yes ☑ No   Photos taken: ☐ Victim Injury ☐ Suspect Injury   Other Evidence: ☐ Damaged Property ☐ Videos
☐ Yes ☑ No ☐ Other: ☐ Electronic Evidence ☐ Other:
Destruction of Property? ☐ Yes ☑ No If yes, Describe:

**OFFENSE**

Offense Committed? ☑ Yes ☐ No   Was suspect arrested? ☐ Yes ☑ No
If no, explain: Left scene
Offense 1: Crim Contempt   Law (e.g. PL): 215.50
Offense 2: VOP   Law (e.g. PL):

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

As of 02/26/2019 09:06AM, the Laws database is current through
201-199 Chapters 1-19

**Penal**

§ 215.51 Criminal contempt in the first degree.
  A person is guilty of criminal contempt in the first degree when:
  (a)  he contumaciously and unlawfully refuses to be sworn as a witness
before a grand jury, or, when after having been sworn as a witness
before a grand jury, he refuses to answer any legal and proper
interrogatory; or
  (b) in violation of a duly served order of protection, or  such  order
of  which  the  defendant  has  actual  knowledge  because he or she was
present in court when such order was issued, or an order  of  protection
issued  by  a  court of competent jurisdiction in this or another state,
territorial or tribal jurisdiction, he or she:
  (i) intentionally places or attempts to  place  a  person  for  whose
protection  such order was issued in reasonable fear of physical injury,
serious  physical  injury  or  death by  displaying  a  deadly  weapon,
dangerous  instrument  or  what appears to be a pistol, revolver, rifle,
shotgun, machine gun or other  firearm  or  by  means  of  a  threat  or
threats; or
  (ii)  intentionally  places  or  attempts  to place a person for whose
protection such order was issued in reasonable fear of physical  injury,
serious  physical injury or death by repeatedly following such person or
engaging in a course of conduct or repeatedly  committing  acts  over  a
period of time; or
  (iii)  intentionally  places  or  attempts to place a person for whose
protection such order was issued in reasonable fear of physical  injury,
serious physical injury or death when he or she communicates or causes a
communication  to  be  initiated  with  such person by mechanical  or
electronic means or otherwise, anonymously or otherwise,  by  telephone,
or by telegraph, mail or any other form of written communication; or
  (iv)  with  intent  to  harass,  annoy, threaten or alarm a person for
whose protection such order was issued, repeatedly makes telephone calls
to such person, whether or not a conversation ensues, with no purpose of
legitimate communication; or
  (v) with intent to harass, annoy, threaten or alarm a person for whose
protection such order was issued, strikes, shoves, kicks or otherwise
subjects  such  other person to physical contact or attempts or threatens
to do the same; or
  (vi) by physical menace, intentionally places or attempts to  place  a
person  for whose protection such order was issued in reasonable fear of
death, imminent serious physical injury or physical injury.
  (c) he or she commits the crime of criminal  contempt  in  the  second
degree  as  defined in subdivision three of section 215.50 of this article
by  violating  that  part  of a duly served order of protection, or such
order of which the defendant has actual knowledge because he or she  was
present  in court when such order was issued, under sections two hundred
forty and two hundred fifty-two of the domestic relations law,  articles
four,   five, six and eight of the family court act and section 530.12 of
the criminal procedure law, or an order of protection issued by a  court
of  competent  jurisdiction  in  another  state,  territorial or tribal
jurisdiction, which requires the respondent or defendant  to  stay  away
from  the  person  or  persons on whose behalf the order was issued, and
where the defendant has been  previously  convicted  of  the  crime  of
aggravated  criminal contempt or criminal contempt in the first or second
degree  for  violating an order of protection as described herein within

the preceding five years; or

(d) in violation of a duly served order of protection, or  such  order
of  which  the  defendant  has  actual  knowledge  because he or she was
present in court when such order was issued, or an  order  issued  by  a
court of competent jurisdiction in this or another state, territorial or

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 26 of 76 PageID
#: 358    NCPD 000062
Laws of New York    Page 3 of 3

tribal jurisdiction, he or she intentionally or recklessly damages the property of a person for whose protection such order was issued in an amount exceeding two hundred fifty dollars.

Criminal contempt in the first degree is a class E felony.

NCPD 000063

| Agency: | | B | ORI: | | Incident # | Complaint # |
|---|---|---|---|---|---|---|
| N.P.D | | | 3900 | | 19 01 0 2024 | 317136 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

*[handwritten, illegible]* ... Assault ...

**Prior History**

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (_____) _____

| Has Suspect ever: | | | |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☒ No | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Beaten you while you were pregnant? ☐ Yes ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No  if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No  if NO, Why:

Signatures:

Reporting Officer (Print and Sign include Rank and ID#)
PO LOMENZO *[signature]* 1695

Supervisor (Print and Sign include Rank and ID#)
SGT. *[illegible]* *[signature]*

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

Suspect Name (Last, First, M.I)
Cipley, James

I LABELLA, BONNIE (Victim/Deponent Name) state that on 3 /12 /2019 (Date)
at 3742 WINDSOR DR (Location of incident) in the County/City/Town/Village Nassau
of the State of New York, the following did occur:

Signed 32 B

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature *[signature]* Bonnie LaBella
Date 3/11/2019

Witness or Officer Signature *[signature]*
Date 3/11/2019

| Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Page 2 Of 2 |

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes  ☐ No  Interpreter Used ☐ Yes  ☐ No        Date

POLICE COPY (Please make a copy for DA's office if appropriate)    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906    3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS



# Nassau County Police Department
## CASE REPORT
Case Folder Number: 2019CR317136

## CASE DATA

Reported As: DOMDIST - Domestic disturbance

| | |
|---|---|
| Reporting Officer: 10222 - Lomonaco, Anthony P | Command: 002 |
| Reported On: 03/12/2019 @ 0404 | Reporting Agency: NASSAU COUNTY PD |
| Occurred On: 03/12/2019 @ 0330    (Tuesday) | |
| Incident Location:<br>3742 WINDSOR<br>DR Bethpage, NY | Detective Assigned: 7976 - Mazzara, Michael P |
| Precinct of Incident:  2nd Precinct South | Post of Incident: 808 |

## OFFENSE(S)

| Offense: Z - DOMESTIC | Class: | Category: |
|---|---|---|
| Location Type: | | |

| Offense: PL 215.50 03 - CRIMINAL CONTEMPT 2ND: DISOBEY MANDATE | Class: A | Category: Misd. |
|---|---|---|
| Location Type: Single Family Home | | |

## SUSPECT(S)

| Name: Cipley, James | DOB: 09/14/1978 | Age: 40 |
|---|---|---|
| Sex: Male | Race: White | Ethnicity: Non Hispanic or Latino |

Employer/School: None

Contact Information
  Address
  Home: 134 MILTON AVE LEVITTOWN, NY 11756
  Phone
  Mobile: (516) 450-7945
Physical Characteristics

| Eye Color: Blue | Complexion: Light |
|---|---|
| Hair Color: Brown | Teeth: |
| Hair Style: Bald/Balding | Facial Hair: |
| Hair Length: Other | Height: 5' 10" |
| Build: Medium | Weight: 175 |
| Clothing: | |

## VICTIM(S)

| Name: Labella, Bonnie | DOB: 11/02/1982 | Age: 36 | Deposed: Yes |
|---|---|---|---|
| Sex: Female | Race: White | Ethnicity: Non Hispanic or Latino | |

Victim Type: Individual

Victim Of:   1. PL 215.50 03 - CRIMINAL CONTEMPT 2ND: DISOBEY MANDATE
                  2. Z - DOMESTIC

Contact Information
  Address
  Home: 1 2nd St Woodbury
  Phone
  Mobile: (321) 682-9707
Residency
  Nassau County Resident: Resident

## NARRATIVE

At time and listed location Victim Labella states that ex-boyfriend Suspect Cipley did come to listed location and started banging on the door. Victim further states that Suspect also did grab and pick her up, causing annoyance and alarm.  Victim does not have any injuries at this time.  Upon further investigation, Victim does have a valid Order of Protection, Full Stay Away Order against Suspect in effect  issued by Judge Alexander of First District Court.  Docket number is unknown at this time.

Probation Check Negative and Pistol License Check Negative.

RMP 808

## SUPERVISOR APPROVAL

Supplement Number: 001

Reviewed By: 8842 - Landman, Matthew J

Reviewed On: 3/12/2019 5:10:40 AM



People » Criminal History » Criminal Repository Search [+] Feedback

## Criminal Repository ⚙ ⚙

[PRINT] [DONE] [BACK]

## Repository Inquiry

To: mazzaram1 For: Michael Mazzara Case No:2019cr317136 NYSID Number - 13895813Z -
CRI

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

Identification  Summary  Criminal History  Job/License  Wanted  Missing

## ⦿ Attention - Important Information ♠

* See Additional Information at the bottom of this response for more banners pertaining to
the criminal history

## ⦿ Identification Information ♠



**Name:**
BONNIE LABELLA
**Date of Birth:**
November 02, 1982
**Place of Birth :**

Cycle 1
Arrest Date May 09, 2017

| Address: | | | |
|---|---|---|---|
| 1 2ND ST, WOODBURY, NY 11797 | | | |
| **Sex:** | **Race:** | **Ethnicity:** | **Skin Tone:** |
| Female | White | Not Hispanic | Light/Medium/Dark |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Brown | 5' 03" | 105 |
| **SSN:** | | | |
| **NYSID#:** | **FBI#:** | **NCIC Classification#:** | |
| 13895813Z | FH3T3CJW8 | | |
| **III Status:** Criminal record in NYS only | | | |
| **US Citizen:** | Unknown | | |

## ⦿ Summary Information ♠

| Total Arrests: | Date of Earliest Arrest: May 09, | Latest Prior Arrest Date: May 09, |
|---|---|---|
| 1 | 2017 | 2017 |

| Total Arrests: | 1 | Total Arraigned Arrests: | 1 | Total Open Cases: | 0 | Cycles (max 5) |
|---|---|---|---|---|---|---|
| Felony: | 0 | Felony: | 0 | Felony: | 0 | |
| Violent Felony: | 0 | Violent Felony: | 0 | Violent Felony: | 0 | |
| Firearm: | 0 | Firearm: | 0 | Misdemeanor: | 0 | |

| Misdemeanor: | 1 | Misdemeanor: | 1 | Other: | 0 |
|---|---|---|---|---|---|
| Other: | 0 | Other: | 0 | Open ACD: | 0 |
| | | | | Non Docketed Cases: | 0 |

| Total Convictions: | 1 | Cycles (max 5) | Warrant Information: | | Cycles (max 5) | DOC Classification: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | | Failure to Appear Counts: | 0 | | Escape Charges: | 0 | |
| Violent Felony: | 0 | | Total Open: | 0 | | Sex Offender Convictions: | 0 | |
| Firearm: | 0 | | Active NYC: | 0 | | Probation Revoc: | 0 | |
| Misdemeanor: | 0 | | | | | Parole Revoc: | 0 | |
| Other: | 1 | 1 | | | | | | |
| YO Adjud.: | 0 | | | | | | | |

Note: Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ⊙ NYS Criminal History Information ✝

### Cycle 1

## Arrest/Charge Information
Arrest Date: May 09, 2017 08:50 am (08:50:00)

| | |
|---|---|
| Name: | BONNIE LABELLA |
| Date of Birth: | November 02, 1982 |
| Country of Citizenship: | USA |
| Sex: | Female |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 03" |
| Weight: | 105 |
| Age at time of crime/arrest: | 34 |
| Address: | 1 2ND ST, WOODBURY, NY 11797 |
| Local Person Id: | 729652 |
| Place of Arrest: | Town of Huntington, Suffolk County, NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | May 09, 2017 |
| Place of Crime: | Town of Huntington, Suffolk County, NY |
| Criminal Justice Tracking No.: | 68134505L |
| Arresting Agency: | Suffolk County Police Department- Headquarters |
| Arresting Officer ID: | SPD40056 |
| Local Person Id: | 729652 |
| Incident Number: | 170266459 |
| Arrest Number: | 20170178933 |
| Arraignment: | Suffolk County 1st District Court |
| Arrest Charges: | |

-- Operating Motor Vehicle Impaired By Drugs-1st Offense
VTL 1192   Sub 04 Class U Misdemeanor Degree 0 NCIC 5403

## Court Case Information

--Court: Suffolk County 1st District Court   Case Number: 2017SU018709

May 10, 2017
**Initial Report Of Docket Number**

May 10, 2017
**Arraigned**
-- Operating Motor Vehicle Impaired By Drugs-1st Offense
VTL 1192       Sub 04   Class U  Misdemeanor   NCIC 5403

-- Driving While Ability Impaired By The Consumption of Alcohol
VTL 1192       Sub 01           Infraction      NCIC 5404

March 21, 2018
**Convicted Upon Plea Of Guilty** - Conviction Date: March 21, 2018

-- Driving While Ability Impaired By The Consumption of Alcohol
VTL 1192                    Sub 01          Infraction       NCIC 5404

| | |
|---|---|
| **Sentenced to:** | Conditional discharge Alcohol Abuse Program Fine Amount: $500 Status at the time of sentencing: Adjourned for Payment License Suspended 90 Day(s) |
| **Sentence Date:** | March 21, 2018 |

**Interim release Status:** Released on own recognizance (ROR)

## ⊙ Other History Related Information ♰

There is no Other History Related Information associated with this history.

## ⊙ Job/License Information ♰

There is no Job/License Information associated with this history.

## ⊙ Wanted Information ♰

There is no NYS Wanted Information associated with this history.

## ⊙ Missing Person Information ♰

There is no NYS Missing Information associated with this history.

## ⊙ Additional Information ♰

Sentencing - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.**

WARNING: Release of any of the information presented in this computerized Case History to unauthorized
individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement
your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

[ DONE ] [ BACK ]

eJusticeNY Integrated Justice Portal

CFS Number: 190142024

NASSAU COUNTY PD

## Calls for Service

Call for Service Information

| | | | |
|---|---|---|---|
| CFS Number | 190142024 | Coordinate Y | 20471850 |
| Agency | NASSAU COUNTY PD | Complainant | AT&T MOBILITY |
| Received Date/Time | 3/12/2019 3:34:30 AM | Address | 3601 HEMPSTEAD TRNPK ; |
| Dispatched Date/Time | 3/12/2019 3:35:12 AM | | SE LEVITTOWN |
| Arrived Date/Time | | CSZ | |
| Cleared Date/Time | 3/12/2019 4:56:34 AM | Phone | 516-359-2317 |
| CFS Date/Time | 3/12/2019 4:56:34 AM | Call Type | |
| Dispatcher | 6237C - Robertson, Michelle | Reported Offense | |
| Source | AniAli | Verified Offense | DOMDIST - Domestic disturbance |
| Address | 3742 WINDSOR DR | Disposition | RPT - REPORT PREPARED - INCLUDE NUMBER IN REMARKS |
| CSZ | Bethpage, NY | | |
| Location Name | | | |
| Jurisdiction | | Priority | 1 - 1 |
| Grid | | Classification | |
| Sector | 808 | Vehicle | |
| Map | | Vehicle License | |
| Beat Name | | Tow Company | |
| Coordinate X | 112371224 | Case | 2019CR317136 |

Officers

Officers

Notes

CELL SITE

COMPL STATES THERE IS A STAY AWAY ORDER

SUBJ IS IFO LOCATION

** LOI search completed at 03/12/19 03:34:31

** Recommended unit 808C for requirement 2PATS 1P-1B (1.5 mi)

** Recommended unit 814A for requirement 2PATS 1P-1B (1.1 mi)

COMPL IS BONNIE...SUBJ IS JIMMY

Printed  3/12/2019 11:18 AM

CFS Number: 190142024

NASSAU COUNTY PD

SUBJ KEEPS BANGING ON FRONT DOOR

SUB JUST PULLED AWAY...WHITE HYUNDAI ELANTRA HTL 8755

SUBJ JUST RELEASED FROM JAIL 1 WEEK AGO FROM THE STAY AWAY ORDER

809 REQ ASSIGNMENT

809 REQ CALL

814 81

814 81

814 NO FURTHER

814 NO FURTHER

** Case number C219CR317136 has been assigned to event 190142024

** >>>> on terminal: $808C

# Message Header

Type: VehFelonyEntry_NYS
From: NY0290020 - Nassau County Police Department 2nd Precinct
User: tiernoa
Received: 03/12/2019 03:01 PM
Subject: Vehicle Felony Entry VIN=KMHJF24M0WU701467, LIC=HTY8754, LIS=NY,
OCA=LNAB1440

# Identifying Details

Message Key (MKE): FELONY VEHICLE, VEHICLE USED IN THE COMMISSION OF
A CRIME
Originating Agency NY0290020 - NASSAU COUNTY POLICE DEPARTMENT 2ND
(ORI): PRECINCT
516-573-6232
ORI Case Number
(OCA): LNAB1440
Linking Agency (LKI):
LKI Case Number
(LKA):
Notify Originator of All
Hits: NO

# Vehicle Details

Owner Number (OAN):
Vehicle ID (VIN): KMHJF24M0WU701467
Plate (LIC): HTY8754
State (LIS): NY - NEW YORK
Type (LIT): PC - REGULAR PASSENGER AUTOMOBILE PLATES
Expires (LIY): 2019
Year (VYR): 1998
Make (VMA): HYUN - HYUNDAI
Model (VMO): ELN - ELANTRA
Style (VST): 4D - SEDAN, 4-DOOR, AUTOMOBILE(2)
Color (VCO): WHI

# Incident

Date and Time of 03/12/2019 - 03:30
              Theft:
Location of Theft:
          CTV Code: 3052 - OYSTER
                    BAY
          Car Jack: NO
              Keys: YES

Miscellaneous (MIS):

CASE 2019CR317136 VEHICLE IS NOT STOLEN VEH USED IN COMMISSION OF
CRIME REG OWNER IS WANTED BY NASSAU COUNTY PD 2ND PCT DETECTIVES
REG OWN JAMES M CIPLEY DOB 091478 IS WANTED BY DET MAZZARA 5165736253

# Other

Destinations: AP30, NY0290000 (LNAS), NY0290001 (LNQA), NY0290002 (LNNC),
         NY0290090 (LNAU), NY0290020 (LNAB)

Transaction ID: 39ae723f-44f9-11e9-b27d-202020201012



# NASSAU COUNTY
# POLICE DEPARTMENT

## MUGSHOT





| | |
|---|---|
| **LAST NAME:** | CIPLEY |
| **FIRST NAME:** | JAMES |
| **PHOTO#:** | 20345472 |
| **IDB#:** | 0383784 |
| **ARREST #:** | 219AR0501010 |
| **NYSID #:** | |
| **ARREST DATE:** | 02-06-2019 |
| **P.L. CHARGE 1:** | |
| **P.L. DESC.:** | |
| **P.L. CHARGE 2:** | |
| **P.L. DESC:** | |
| **DATE OF BIRTH:** | 09-14-1978 |
| **AGE AT OFFENSE:** | 40 |

**PHYSICAL DESCRIPTION**

| | |
|---|---|
| **RACE:** | WHITE |
| **SEX:** | MALE |
| **HEIGHT:** | |
| **WEIGHT:** | 175 |
| **HAIR TYPE:** | |
| **HAIR COLOR:** | BROWN |
| **HAIR STYLE:** | |
| **EYE COLOR:** | BLUE |
| **GLASSES:** | |
| **FACIAL HAIR:** | |
| **SMT:** | |
| **SMT LOCATION:** | |
| **SKIN TONE:** | LIGHT |
| **SKIN COMPLEXION:** | |

**MISC. INFORMATION**

| | |
|---|---|
| **PCT OF ARREST:** | |
| **SEX OFF RISK LEVEL:** | |
| **GANG MEMBER:** | |
| **GANG NAME:** | |
| **DATE OF BOOKING:** | 02-07-2019 |
| **DRIV LIC #:** | |
| **SOCIAL SECURITY #:** | 082626519 |
| **BOOKING OFFICER:** | |
| **MISC #2:** | |
| **MISC #3:** | |
| **AKA/NICKNAME:** | |

## CONFIDENTIAL: FOR LAW ENFORCEMENT USE ONLY

MUGSHOT PROFILE




# NASSAU COUNTY
# POLICE DEPARTMENT

## MUGSHOT

| | |
|---|---|
| **LAST NAME:** | CIPLEY |
| **FIRST NAME:** | JAMES |
| **PHOTO#:** | 20345472 |
| **IDB#:** | 0383784 |
| **ARREST #:** | 219AR0501010 |
| **NYSID #:** | |
| **ARREST DATE:** | 02-06-2019 |
| **P.L. CHARGE 1:** | |
| **P.L. DESC.:** | |
| **P.L. CHARGE 2:** | |
| **P.L. DESC:** | |
| **DATE OF BIRTH:** | 09-14-1978 |
| **AGE AT OFFENSE:** | 40 |

### PHYSICAL DESCRIPTION

| | |
|---|---|
| **RACE:** | WHITE |
| **SEX:** | MALE |
| **HEIGHT:** | |
| **WEIGHT:** | 175 |
| **HAIR TYPE:** | |
| **HAIR COLOR:** | BROWN |
| **HAIR STYLE:** | |
| **EYE COLOR:** | BLUE |
| **GLASSES:** | |
| **FACIAL HAIR:** | |
| **SMT:** | |
| **SMT LOCATION:** | |
| **SKIN TONE:** | LIGHT |
| **SKIN COMPLEXION:** | |

### MISC. INFORMATION

| | |
|---|---|
| **PCT OF ARREST:** | |
| **SEX OFF RISK LEVEL:** | |
| **GANG MEMBER:** | |
| **GANG NAME:** | |
| **DATE OF BOOKING:** | 02-07-2019 |
| **DRIV LIC #:** | |
| **SOCIAL SECURITY #:** | 082626519 |
| **BOOKING OFFICER:** | |
| **MISC #2:** | |
| **MISC #3:** | |
| **AKA/NICKNAME:** | |

## CONFIDENTIAL: FOR LAW ENFORCEMENT USE ONLY



# Nassau County          **Police Department**

LAURA CURRAN
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York 11501
(516) 573-8800

PATRICK RYDER
COMMISSIONER

March 12, 2019

To: <u>**NYS Police Trooper Caster Shield 2032 / Richmond County Criminal Court**</u>
26 Central Ave, Staten Island, NY 10301
Tel. (718) 675-8700

From: **FROM: DETECTIVE MAZZARA, 2ND SQUAD, NASSAU COUNTY POLICE
DEPARTMENT**

**SUBJECT: REQUEST INMATE HOLD UPON RELEASE – James Cipley, D.O.B.
09/14/1978, NYSID # 08595157N**

1.     DEFENDANT **James Cipley** IS WANTED BY THE NASSAU
COUNTY POLICE DEPARTMENT 2ND SQUAD FOR AN ACTIVE DOMESTIC
CRIMINAL CONTEMPT 1ST CASE # 2019CR317136. I REQUEST
NOTIFICATION OF HIS RELEASE TO MYSELF OR ANY MEMBER OF THE 2ND
SQUAD AT (516) 573-6253. WE WILL RESPOND AND TAKE CUSTODY.
THANK YOU.

MICHAEL MAZZARA

DETECTIVE 2ND SQUAD
SHIELD 1273

NCPD 000077
Page 1 of 2

# Message Header

DCt MAZARA

    Type: VehFelonyEntry_NYS
    From: NY0290020 - Nassau County Police Department 2nd Precinct
    User: tiernoa
  Received: 03/12/2019 03:01 PM
    Subject: Vehicle Felony Entry VIN=KMHJF24M0WU701467

# Identifying Details

    Message Key (MKE): FELONY VEHICLE, VEHICLE USED IN THE COMMISSION OF
           A CRIME
    Originating Agency NY0290020 - NASSAU COUNTY POLICE DEPARTMENT 2ND
       (ORI): PRECINCT
          516-573-6232
    ORI Case Number
      (OCA): LNAB1440
   Linking Agency (LKI):
    LKI Case Number
      (LKA):
 Notify Originator of All
      Hits: NO

# Vehicle Details

  Owner Number (OAN):
    Vehicle ID (VIN): KMHJF24M0WU701467
      Plate (LIC): HTY8754
      State (LIS): NY - NEW YORK
      Type (LIT): PC - REGULAR PASSENGER AUTOMOBILE PLATES
    Expires (LIY): 2019
     Year (VYR): 1998
   Make (VMA): HYUN - HYUNDAI
  Model (VMO): ELN - ELANTRA
    Style (VST): 4D - SEDAN, 4-DOOR, AUTOMOBILE(2)
   Color (VCO): WHI

# Incident

    Date and Time of Theft: 03/12/2019 - 03:30

Location of Theft:
> CTV Code: 3052 - OYSTER
> > BAY
> Car Jack: NO
> > Keys: YES

Miscellaneous (MIS):

CASE 2019CR317136 VEHICLE IS NOT STOLEN VEH USED IN COMMISSION OF
CRIME REG OWNER IS WANTED BY NASSAU COUNTY PD 2ND PCT DETECTIVES
REG OWN JAMES M CIPLEY DOB 091478 IS WANTED BY DET MAZZARA 5165736253

# Other

Destinations: AP30, NY0290000 (LNAS), NY0290001 (LNQA), NY0290002 (LNNC),
NY0290090 (LNAU), NY0290020 (LNAB)

Transaction ID: 39ae723f-44f9-11e9-b27d-202020201012

NCPD 000079



NYPD PETS PROPERTY and EVIDENCE
TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **5000156181**

| Invoicing Command | | | | | | | | Invoice Status |
|---|---|---|---|---|---|---|---|---|
| **121ST PCT.** | | | | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| **03/12/2019** | **GENERAL PROPERTY** | | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | | | 2032 | NYSP | | OCME. EU No. | |
| Arresting | | | 1998 | OTHER | | OCME. FB No. | |
| Investigating | | | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: MOTOROLA MODEL: XT1607<br>IMEI #: 354140070660580<br>SCREEN CRACKED PRIOR TO POLICE CONTACT | 1203767964 | 1 | |
| 2 | 1 | CELL PHONE<br>COLOR: WHITE MAKE: ANS MODEL: L50<br>IMEI #: 99001220731410 | 1203767964 | 1 | |
| 3 | 1 | CELL PHONE<br>COLOR: MULTICOLORED MAKE: APPLE MODEL: IPHONE<br>IMEI #: 355375082123875 | 1203767964 | 1 | |
| 4 | 1 | BATTERY<br>COLOR: BLACK MAKE: MOTOROLA MODEL: GK40 | 1203767964 | 1 | |
| 5 | 1 | BATTERY<br>COLOR: BLACK MAKE: ANS MODEL: MH62408 | 1203767964 | 1 | |
| 6 | 1 | BATTERY<br>COLOR: COPPER MAKE: POWER BANK<br>PORTABLE CHARGER | 1203767964 | 1 | |
| 7 | 1 | KEYS<br>COLOR: COPPER<br>1 KEY ON KEY CHAIN | 1203767964 | 1 | |
| 8 | 1 | OTHER VEHICLE ACCESSORY<br>COLOR: YELLOW<br>NYS VEHICLE REGISTRATION DOCUMENT FOR | 1203767964 | 1 | |



Invoice No. **5000156181**

Prisoner / Finder / Owner Copy
printed: 03/13/2019 00:12

PCD Storage No. --

Page No 1 of 4

NCPD 000080



NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **5000156181**

| Item | Total QTY | Article(s) | | | | PETS No. | Pkg. QTY | Disposition |
|------|-----------|------------|---|---|---|----------|----------|-------------|
| | | HTY8754 | | | | | | |

**REMARKS:**
963866 03/12/2019 23:17 : THE ABOVE IS A COMPLETE LIST OF PROPERTY BEING VOUCHERED FOR SAFEKEEPING AS AGREED TO BY THE OWNER.

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | | Receipt |
|------------------|----------------------|---|----------------------|------------|---|---|---------|
| 03/12/2019 | 215.51/CRIMINAL CONTTEMPT 1 | | | N/A | | | ACCEPTED |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No.  NYSID No. |
|------------------|---|-------|-----|---------|-----------------------------------|
| 1    CIPLEY, JAMES | | 09/14/1978 | 40 | 134 MILTON AVE, LEVITTOWN, NY- 11756 | S19602106 |

| Complaint No. | N/A |
|---------------|-----|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | | Tax No. | Command | | Date | Time |
|-----------|------|------|---|---------|---------|---|------|------|
| Entered By | | | | 963866 | 121ST PRECINCT | | 03/12/2019 | 22:29 |
| Invoicing Officer | | | | 2032 | NYSP | | 03/13/2019 | 00:08 |
| Approved By | | | | 947366 | 121ST PRECINCT | | 03/13/2019 | 00:11 |



Invoice No. **5000156181**

Prisoner / Finder / Owner Copy
printed: 03/13/2019 00:12

PCD Storage No. --

Page No. 2 of 4

NCPD 000081



## Nassau County Police Department
### PROPERTY RECEIPT
Arrest Number: 2019AR502709    Case Folder Number: 2019CR317136
Cipley, James

### PROPERTY RECEIPT DEFENDANT

Date/Time Taken: 03/13/2019 @ 2040

Name: Cipley, James

Address

Home: 134 MILTON AVE LEVITTOWN, NY 11756

### PROPERTY INFORMATION

| Property Type | Quantity | Description |
|---|---|---|
| Personal Effects / Identification (Miscellaneous) | 1 | SC License |
| Personal Effects / Paperwork (Miscellaneous) | 1 | assorted papers |

### PROPERTY TAKEN

Officer Taking Property:

Rank: DET    Name: Mazzara, Michael P    Serial Number: 7976    Command: 2SQ

Certified By Defendant:    Officer Taking Property:

Defendant Signature    Officer Signature

### PROPERTY RETURNED

Property Returned to Defendant: _____    Date/Time: _____

Defendant Signature

Officer Returning Property: _____

Officer Signature

# Repository Inquiry

**To: mazzaram1 For: Michael Mazzara Case No:2019cr317136 NYSID Number - 08595157N - ARR**

---

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

---

Identification   Summary   Criminal History   Job/License   Wanted   Missing

---

## ✪ Attention - Important Information ♠

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**Violent Felony** offense(s) on file

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

---

## ✪ Identification Information ♠



Cycle 18
Arrest Date March 13, 2019

**Name:**

JAMES M CIPLEY    JAMES CIPLEY
JIM CIPLEY

**Date of Birth:**

September 14, 1978

**Place of Birth :**

New York      USA   Unknown

---

**Address:**

134 MILTON AVE, LEVITTOWN, NY 11756
134 MILTON AVE, LEVITTOWN, NY 11756
134 MILTON AVE, LEVITTOWN, NY
134 MILTON AVENU, LEVITTOWN, NY
134 MILTON AVE , LEVITTOWN, NY
134 MILTON AV, LEVITTOWN, NY

---

| Sex: | Race: | Ethnicity: | Skin Tone: |
|------|-------|------------|------------|
| Male | White | Not Hispanic | Light |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Blue | Brown | 5' 10" | 185 |

---

Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm

**SSN:**

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   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

| NYSID#: | FBI#: | Probation Client ID#: | NCIC Classification#: |
|---|---|---|---|
| 08595157N | 566097EB0 | 1367011 | PIPIPOPO19POPOPI2111 |

**III Status:** Criminal record in NYS only

**US Citizen:**    Unknown

## ☺ Summary Information ✦

**Total Arrests: 18    Date of Earliest Arrest:** May 04, 1997    **Latest Prior Arrest Date:** March 12, 2019

| Total Arrests: | 18 |
|---|---|
| Felony: | 7 |
| Violent Felony: | 2 |
| Firearm: | 1 |
| Misdemeanor: | 11 |
| Other: | 0 |

| Total Arraigned Arrests: | 18 |
|---|---|
| Felony: | 6 |
| Violent Felony: | 2 |
| Firearm: | 1 |
| Misdemeanor: | 11 |
| Other: | 0 |

| Total Open Cases: | 4 | Cycles (max 5) |
|---|---|---|
| Felony: | 3 | 18,17,16 |
| Violent Felony: | 0 | |
| Misdemeanor: | 1 | 15 |
| Other: | 0 | |
| Open ACD: | 0 | |
| Non Docketed Cases: | 0 | |

| Total Convictions: | 13 | Cycles (max 5) |
|---|---|---|
| Felony: | 2 | 7,3 |
| Violent Felony: | 1 | 3 |
| Firearm: | 0 | |
| Misdemeanor: | 9 | 14,13,12,11,9 |
| Other: | 2 | 10,1 |
| YO Adjud.: | 0 | |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| Failure to Appear Counts: | 1 | 3 |
| Total Open: | 0 | |
| Active NYC: | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| Escape Charges: | 1 | 17 |
| Sex Offender Convictions: | 0 | |
| Probation Revoc: | 1 | 3 |
| Parole Revoc: | 0 | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ☺ NYS Criminal History Information ✦

### ♦ Cycle 18

**Arrest/Charge Information**
Arrest Date: March 12, 2019 08:00 pm (20:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 5' 10" |

| | |
|---|---|
| **Weight:** | 185 |
| **Age at time of crime/arrest:** | 40 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY 11756 |
| **Fax Number:** | I1660 |
| **Place of Arrest:** | NYCPD 121 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | March 12, 2019 |
| **Place of Crime:** | Richmond County, NY |
| **Criminal Justice Tracking No.:** | 68943410Y |
| **Arresting Agency:** | NYCPD PCT 121 |
| **Arresting Officer ID:** | 1998 |
| **Arrest Number:** | S19602106 |
| **Arraignment:** | Richmond County Criminal Court |

**Arrest Charges:**

    -- Criminal Contempt-1st Degree: Violate Order of Protection

        PL 215.51     Sub B    Class E Felony    Degree 1  NCIC 5016

    -- Moved From Lane Unsafely

        VTL 1128     Sub 0A       Infraction  Degree 0  NCIC 5499

    -- Operate Moving Motor Vehicle While Using Portable Electronic Device

        VTL 1225-D   Sub 01       Infraction  Degree 0  NCIC 5499

## Court Case Information

--**Court:** Richmond County Criminal Court   **Case Number:** CR-001660-19RI

March 13, 2019
**Initial Report Of Docket Number**

---

### ⬇ Cycle 17 ⬆
### Domestic Incident Report Filed

## Arrest/Charge Information
Arrest Date: February 06, 2019 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 5' 10" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 40 |

Case 2:20-cv-00975-JMA-ST   Document 75-2   Filed 12/02/24   Page 49 of 76 PageID
#: 381
NCPD 000085
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm
Page 4 of 17

**Address:**                              134 MILTON AVE, LEVITTOWN, NY 11756
**Local Person Id:**                      011000383784
**Place of Arrest:**                      Town of Hempstead, Nassau County, NY
**Arrest Type:**                          Crime In Progress
**Date of Crime:**                        February 06, 2019
**Place of Crime:**                       Town of Hempstead, Nassau County, NY
**Criminal Justice Tracking No.:**        68906329Y
**Arresting Agency:**                     Nassau County Police Department- Communication Bureau
**Arresting Officer ID:**                 8441
**Local Person Id:**                      011000383784
**Arrest Number:**                        219AR0501010
**Arraignment:**                          Nassau County 1st District Court

**Arrest Charges:**

    -- Criminal Possession Controlled Substance -5th:Cocaine 500 Milligrams
        PL 220.06      Sub 05   Class D  Felony       Degree 5  NCIC 3532

    -- Escape-3rd Degree
        PL 205.05               Class A  Misdemeanor  Degree 3  NCIC 4901

    -- Resisting Arrest
        PL 205.30               Class A  Misdemeanor  Degree 0  NCIC 4801

    -- Criminal Contempt-2nd:Disobey Court
        PL 215.50      Sub 03   Class A  Misdemeanor  Degree 2  NCIC 5005

## Court Case Information

**--Court:** Nassau County 1st District Court   **Case Number:** CR-004215-19NA

February 07, 2019
**Initial Report Of Docket Number**

February 07, 2019
**Arraigned**
    -- Criminal Possession Controlled Substance -5th:Cocaine 500 Milligrams
        PL 220.06      Sub 05   Class D  Felony        NCIC 3532

    -- Criminal Possession Controlled Substance- 7th Degree
        PL 220.03               Class A  Misdemeanor   NCIC 3599

    -- Escape-3rd Degree
        PL 205.05               Class A  Misdemeanor   NCIC 4901

    -- Resisting Arrest
        PL 205.30               Class A  Misdemeanor   NCIC 4801

-- Criminal Contempt-2nd:Disobey Court

    PL 215.50      Sub 03    Class A   Misdemeanor    NCIC 5005

---

## ⬇ Cycle 16 ⬆
## Domestic Incident Report Filed

### Arrest/Charge Information

Arrest Date: January 05, 2019 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 5' 10" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 40 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY 11756 |
| **Local Person Id:** | 011000383784 |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | January 04, 2019 |
| **Place of Crime:** | Town of Oyster Bay, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 68870527P |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 9465 |
| **Local Person Id:** | 011000383784 |
| **Arrest Number:** | 219AR0500075 |
| **Arraignment:** | Nassau County 1st District Court |

**Arrest Charges:**

    -- Robbery-3rd Degree

      PL 160.05   Class D Felony Degree 3 NCIC 1299

### Court Case Information

--**Court:** Nassau County 1st District Court   **Case Number:** CR-000485-19NA

January 06, 2019
**Initial Report Of Docket Number**

January 06, 2019
**Arraigned**
    -- Robbery-3rd Degree

PL 160.05                    Counts: 2  Class D  Felony          NCIC 1299

-- Unlawful Imprisonment-2nd Degree
PL 135.05                               Class A  Misdemeanor   NCIC 1008

-- Criminal Obstruction Of Breathing Or Blood Circulation -Apply Pressure
PL 121.11       Sub A                   Class A  Misdemeanor   NCIC 1399

-- Petit Larceny
PL 155.25                    Counts: 2  Class A  Misdemeanor   NCIC 2399

---

## ⬇ Cycle 15 ⬆

### Arrest/Charge Information
Arrest Date: November 02, 2018 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 5' 10" |
| **Weight:** | 200 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 40 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY 11756 |
| **Local Person Id:** | 011000383784 |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Date of Crime:** | October 26, 2018 |
| **Place of Crime:** | Town of Hempstead, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 68803568Z |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 8789 |
| **Local Person Id:** | 011000383784 |
| **Arrest Number:** | 218AR0016721 |
| **Arraignment:** | Nassau County 1st District Court |

**Arrest Charges:**

-- Criminal Contempt-2nd:Disobey Court
PL 215.50     Sub 06 Counts: 3 Class A Misdemeanor Degree 2 NCIC 5005

### Court Case Information

**--Court:** Nassau County 1st District Court    **Case Number:** CR-029537-18NA

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 52 of 76 PageID
#: 384
NCPD 000088
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm
Page 7 of 17

November 03, 2018
**Initial Report Of Docket Number**

November 03, 2018
**Arraigned**
-- Criminal Contempt-2nd:Disobey Court
PL 215.50    Sub 06 Counts: 3 Class A Misdemeanor NCIC 5005

---

**♦ Cycle 14 ♠**
**Domestic Incident Report Filed**

**Arrest/Charge Information**
Arrest Date: May 24, 2009 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Date of Crime:** | May 24, 2009 |
| **Place of Crime:** | Town of Hempstead, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 63590967J |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 8212 |
| **Arrest Number:** | 00383784 |

**Arrest Charges:**

-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00    Sub 01  Class A Misdemeanor Degree 3 NCIC 1399

**Court Case Information**

--**Court:** Nassau County 1st District Court    **Case Number:** 2009NA013180

May 25, 2009
**Initial Report Of Docket Number**

May 25, 2009
**Arraigned**
-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00    Sub 01         Class A Misdemeanor NCIC 1399

-- Criminal Mischief:Intent To Damage Property
PL 145.00    Sub 01 Counts: 2 Class A Misdemeanor NCIC 2999

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 53 of 76 PageID
#: 385
NCPD 000089
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm                Page 8 of 17

July 13, 2009
**Convicted Upon Plea Of Guilty -** Conviction Date: July 13, 2009

-- Assault 3rd Degree: With Intent To Cause Physical Injury
   PL 120.00    Sub 01          Class A Misdemeanor NCIC 1399

   **Sentenced to:**   Conditional discharge
   **Sentence Date:** September 16, 2009

-- Criminal Mischief:Intent To Damage Property
   PL 145.00    Sub 01 Counts: 2 Class A Misdemeanor NCIC 2999

   **Sentenced to:**   Conditional discharge
   **Sentence Date:** September 16, 2009

**Interim release Status:** Posted Bail

⬇ **Cycle 13** ⬆

**Arrest/Charge Information**
Arrest Date: February 08, 2007 04:05 pm (16:05:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **Age at time of crime/arrest:** | 28 |
| **Address:** | 134 MILTON AVENU, LEVITOWN, NY |
| **Fax Number:** | Q7890 |
| **Place of Arrest:** | NYCPD 104 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | February 08, 2007 |
| **Place of Crime:** | Queens County, NY |
| **Criminal Justice Tracking No.:** | 58778850J |
| **Arresting Agency:** | NYCPD PCT 104 |
| **Arresting Officer ID:** | 932910 |
| **Arrest Number:** | Q07608164 |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
   PL 220.03          Class A Misdemeanor Degree 7 NCIC 3512

-- Unsafe Turn Or Failure To Give Appropriate Signal
   VTL 1163    Sub 0A          Infraction    Degree 0 NCIC 5499

Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm

## Court Case Information

**--Court:** Queens County Criminal Court    **Case Number:** 2007QN007975

February 10, 2007
**Initial Report Of Docket Number**

February 10, 2007
**Arraigned**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03        Class A  Misdemeanor   NCIC 3512

February 10, 2007
**Convicted Upon Plea Of Guilty** - Conviction Date: February 10, 2007

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03            Class A     Misdemeanor       NCIC 3512

**Sentenced to:**   Term: 5 Day(s) Concurrent License Suspended 6 Month(s)
**Sentence Date:** February 10, 2007

February 10, 2007
**Not Arraigned**
-- Unsafe Turn Or Failure To Give Appropriate Signal
VTL 1163       Sub 0A    Infraction  NCIC 5499

**Interim release Status:** Released on own recognizance (ROR)

---

### ⬇ Cycle 12 ⬆
### Violent Felony Offense

#### Arrest/Charge Information
Arrest Date: July 12, 2006 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 27 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Arrest Type:** | Other |
| **Date of Crime:** | July 11, 2006 |
| **Place of Crime:** | Town of Oyster Bay, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 58168813R |

https://www.ejustice.ny.gov/wps/myportal/!ut/p/a1/jZBRb4IwEIB_zV7bKyiUR3COYQw...    3/13/2019

**Arresting Agency:**        <u>Nassau County Police Department- Communication Bureau</u>
**Arresting Officer ID:**    8199
**Arrest Number:**           00383784

**Arrest Charges:**

    -- Burglary 2nd Degree: Illegal Entry- Dwelling
        PL 140.25    Sub 02  Class C Felony Degree 2 NCIC 2299

## Court Case Information

--**Court:** <u>Nassau County 1st District Court</u>    **Case Number:** 2006NA016880

July 13, 2006
**Initial Report Of Docket Number**

July 13, 2006
**Arraigned**
    -- Burglary 2nd Degree: Illegal Entry- Dwelling
        PL 140.25    Sub 02  Class C Felony NCIC 2299

October 03, 2006
**Transferred To Superior Court**
    -- Burglary 2nd Degree: Illegal Entry- Dwelling
        PL 140.25    Sub 02  Class C Felony NCIC 2299

--**Court:** <u>Nassau County Court</u>    **Case Number:** 02202N-2006

October 03, 2006
**Initial Report Of Docket Number**

October 03, 2006
**Arraigned**
    -- Criminal Trespass-2nd Degree
        PL 140.15    Class A Misdemeanor NCIC 5707

October 03, 2006
**Convicted Upon Plea Of Guilty -** Conviction Date: October 03, 2006

    -- Criminal Trespass-2nd Degree
        PL 140.15        Class A    Misdemeanor    NCIC 5707

      **Sentenced to:**   Order of Protection Term: Time Served Concurrent
      **Sentence Date:** October 24, 2006

October 24, 2006
**Not Arraigned**
    -- Burglary 2nd Degree: Illegal Entry- Dwelling

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 56 of 76 PageID
#: 388                                    NCPD 000092
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm          Page 11 of 17

PL 140.25    Sub 02  Class C Felony NCIC 2299

---

## ↓ Cycle 11 ↑

### Arrest/Charge Information
Arrest Date: September 15, 2004 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Arrest Type:** | Other |
| **Date of Crime:** | September 15, 2004 |
| **Place of Crime:** | Town of Hempstead, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 57142152R |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 6948 |
| **Arrest Number:** | 00383784 |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
   PL 220.03         Class A Misdemeanor Degree 7 NCIC 3599

-- Petit Larceny
   PL 155.25    Counts: 2 Class A Misdemeanor Degree 0 NCIC 2399

### Court Case Information

--**Court:** Nassau County 1st District Court    **Case Number:** 2004NA019155

September 16, 2004
**Initial Report Of Docket Number**

September 16, 2004
**Arraigned**
   -- Petit Larceny
   PL 155.25    Class A Misdemeanor NCIC 2399

March 11, 2005
**Dismissed Due To Conviction On Related Case**

   -- Petit Larceny
   PL 155.25    Class A Misdemeanor NCIC 2399

Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm

**Associated Case Number(s):** 2004NA019156

**--Court:** Nassau County 1st District Court    **Case Number:** 2004NA019156

September 16, 2004
**Initial Report Of Docket Number**

September 16, 2004
**Arraigned**
-- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03        Class A   Misdemeanor   NCIC 3599

-- Petit Larceny
    PL 155.25        Class A   Misdemeanor   NCIC 2399

January 04, 2005
**Convicted Upon Plea Of Guilty -** Conviction Date: January 04, 2005

-- Petit Larceny
    PL 155.25        Class A    Misdemeanor        NCIC 2399

**Sentenced to:**   Term: 9 Month(s) Concurrent
**Sentence Date:** March 11, 2005

-- Attempted Criminal Possession Controlled Substance- 7th Degree
    PL 220.03        Class B    Misdemeanor        NCIC 3599

**Reduced From:**
-- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03        Class A   Misdemeanor   NCIC 3599

**Sentenced to:**   Term: 90 Day(s) Concurrent
**Sentence Date:** March 11, 2005

**Interim release Status:** Remanded without bail

### ⬇ Cycle 10 ⬆

**Arrest/Charge Information**
Arrest Date: October 11, 2003 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 58 of 76 PageID
#: 390
NCPD 000094
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm                Page 13 of 17

| | |
|---|---|
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 25 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Arrest Type:** | Other |
| **Date of Crime:** | October 11, 2003 |
| **Place of Crime:** | Town of Hempstead, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 56695764M |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 7174 |
| **Arrest Number:** | 00383784 |

**Arrest Charges:**

-- Grand Larceny 4th Degree: Firearms/Rifles/Shotguns
   PL 155.30    Sub 07  Class E Felony Degree 4 NCIC 2399


## Court Case Information

--**Court:** Nassau County 1st District Court   **Case Number:** 2003NA021673

October 12, 2003
**Initial Report Of Docket Number**

October 12, 2003
**Arraigned**
   -- Grand Larceny 4th Degree: Firearms/Rifles/Shotguns
      PL 155.30    Sub 07  Class E Felony          NCIC 2399

   -- Petit Larceny
      PL 155.25          Class A Misdemeanor NCIC 2399

February 25, 2004
**Convicted Upon Plea Of Guilty** - Conviction Date: February 25, 2004

   -- Disorderly Conduct:Create Hazardous or Physically Offensive Condition
      PL 240.20          Sub 07       Violation       NCIC 5311

      **Reduced From:**
         -- Petit Larceny
            PL 155.25   Class A Misdemeanor NCIC 2399

   **Sentenced to:**   Conditional discharge
   **Sentence Date:** February 25, 2004

February 25, 2004
**Dismissed**

Case 2:20-cv-00975-JMA-ST     Document 75-2     Filed 12/02/24     Page 59 of 76 PageID
#: 391
NCPD 000095
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm                    Page 14 of 17

-- Grand Larceny 4th Degree: Firearms/Rifles/Shotguns
    PL 155.30     Sub 07  Class E  Felony  NCIC 2399

**Interim release Status:** Released on own recognizance (ROR)

---

## ⬇ Cycle 9 ⬆

### Arrest/Charge Information
Arrest Date: May 15, 2003 12:00 am (00:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 24 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Arrest Type:** | Other |
| **Date of Crime:** | May 15, 2003 |
| **Place of Crime:** | Town of Hempstead, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 56500830Q |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 7887 |
| **Arrest Number:** | 00383784 |

**Arrest Charges:**

-- Petit Larceny
    PL 155.25   Class A Misdemeanor Degree 0 NCIC 2399

### Court Case Information

--**Court:** Nassau County 1st District Court   **Case Number:** 2003NA010699

May 30, 2003
**Initial Report Of Docket Number**

June 02, 2003
**Arraigned**
-- Petit Larceny
    PL 155.25   Class A Misdemeanor NCIC 2399

May 18, 2004
**Convicted Upon Plea Of Guilty** - Conviction Date: May 18, 2004

-- Petit Larceny
    PL 155.25      Class A     Misdemeanor     NCIC 2399

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 60 of 76 PageID
#: 392                                                          NCPD 000096
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm          Page 15 of 17

**Sentenced to:**  Conditional discharge Restitution Term: Time Served Concurrent
**Sentence Date:** May 18, 2004

---

## ✦ Cycle 8 ✦

### Arrest/Charge Information
Arrest Date: January 02, 2002 04:00 pm (16:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 23 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Fax Number:** | IT25 |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Date of Crime:** | January 02, 2002 |
| **Place of Crime:** | Town of Hempstead, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 30093778N |
| **Arresting Agency:** | NYSP Troop L Headquarters- East Farmingdale |
| **Arresting Officer ID:** | 246 |
| **Arrest Number:** | 9068L13 |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03    Class A Misdemeanor Degree 7 NCIC 3599

### Court Case Information

**--Court:** Nassau County 1st District Court    **Case Number:** 2002NA003134

February 13, 2002
**Initial Report Of Docket Number**

February 13, 2002
**Arraigned**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03       Class A  Misdemeanor   NCIC 3599

April 25, 2002
**Dismissed Due To Conviction On Unrelated Case**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03       Class A  Misdemeanor   NCIC 3599

Case 2:20-cv-00975-JMA-ST     Document 75-2     Filed 12/02/24     Page 61 of 76 PageID
#: 393
NCPD 000097
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm
Page 16 of 17

**Associated Case Number(s):** SCI-00588-2002

---

**⬇ Cycle 7 ⬆**

---

### Arrest/Charge Information
Arrest Date: November 20, 2001 03:00 pm (15:00:00)

| | |
|---|---|
| **Name:** | JAMES M CIPLEY |
| **Date of Birth:** | September 14, 1978 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 22 |
| **Address:** | 134 MILTON AVE, LEVITTOWN, NY |
| **Fax Number:** | NA15409 |
| **Place of Arrest:** | Town of Hempstead, Nassau County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 02, 2001 |
| **Place of Crime:** | Town of Oyster Bay, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 30133516J |
| **Arresting Agency:** | Nassau County Police Department- Communication Bureau |
| **Arresting Officer ID:** | 7743 |
| **Arrest Number:** | 383784 |

**Arrest Charges:**

-- Grand Larceny-3rd:Property Value Exceeds $3000
    PL 155.35   Class D Felony Degree 3 NCIC 2399

### Court Case Information

--**Court:** Nassau County 1st District Court  **Case Number:** 2001NA027202

November 21, 2001
**Initial Report Of Docket Number**

November 21, 2001
**Arraigned**
   -- Grand Larceny-3rd:Property Value Exceeds $3000
     PL 155.35    Class D  Felony  NCIC 2399

March 14, 2002
**Transferred To Superior Court**
   -- Grand Larceny-3rd:Property Value Exceeds $3000
     PL 155.35    Class D  Felony  NCIC 2399

--**Court:** Nassau County Court  **Case Number:** 00588N-2002

Case 2:20-cv-00975-JMA-ST    Document 75-2    Filed 12/02/24    Page 62 of 76 PageID
#: 394
NCPD 000098
Criminal Repository for NYSID Number: 08595157N on 03\13\2019 08:36 pm                    Page 17 of 17

March 14, 2002
**Initial Report Of Indictment Number**
    -- Grand Larceny-3rd:Property Value Exceeds $3000
        PL 155.35          Class D  Felony  NCIC 2399

    -- Grand Larceny 4th :Value Property Greater Than $1000
        PL 155.30    Sub 01  Class E  Felony  NCIC 2399

March 14, 2002
**Convicted Upon Plea Of Guilty** - Conviction Date: March 14, 2002

    -- Grand Larceny 4th :Value Property Greater Than $1000
        PL 155.30    Sub 01    Class E    Felony    NCIC 2399

        **In Full Satisfaction of:**
        -- Grand Larceny-3rd:Property Value Exceeds $3000
        PL 155.35        Class D  Felony  NCIC 2399

    **Sentenced to:**  Restitution Amount: Unspecified Term: 1 Year(s) Concurrent
    **Sentence Date:** April 17, 2002

**Interim release Status:** Remanded without bail

---

### ↓ Cycle 6 ↑

**Arrest/Charge Information**
Arrest Date: March 10, 2001 10:55 pm (22:55:00)

    **Name:**               JAMES M CIPLEY
    **Date of Birth:**      September 14, 1978
    **Sex:**                 Male
    **Race:**

NCPD 000099

CANCEL

| INVESTIGATION CARD PD373-163 (Rev. 05-07) | | | | IDS No. | |
|---|---|---|---|---|---|

**1. THIS FORM MUST BE TYPED OR CLEARLY PRINTED**
**2. All captions must be completed.**
**3. If not applicable, mark caption "N/A".**

INTEL USE ONLY

Date Prepared: 03/12/2019

Control No.

| Last Name | First Name | | M.I. | NYSID No. |
|---|---|---|---|---|
| CIPLEY | JAMES | | | 08595157N |

Last Known Address (Street, Apt., City, State, Zip)
134 MILTON AVE, LEVITTOWN, NY 11756

| Sex | Race | Date of Birth | Social Security No. | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| M | W | 09/14/1978 | 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 | 510 | 175 | BROWN | BLUE |

| Aliases / Nicknames | Complaint No. | Pct. | Year | Case No./Cmd. |
|---|---|---|---|---|
| | | | | 2019CR317136 |

| Sought As: | [X] Perpetrator - Probable Cause to Arrest | Precautions To Be Observed | [ ] Armed & Dangerous | [X] Resists Arrest |
|---|---|---|---|---|
| | [ ] Suspect Only - No Probable Cause to Arrest | | [X] Flight Risk | [ ] Other (Specify Below) |
| | [ ] Witness | | | |

| Crime/Charge | Domestic Violence? | P.L. Section | | [ ] Misd. |
|---|---|---|---|---|
| CRIMINAL CONTEMPT 1ST | [X] Yes  [ ] No | 215.51(V) | | [X] Felony |

Query of "Want & Warrant" Systems Prior to Submission of This Investigation Card:

| [ ] WNAM | } | Active Investigation Card [ ] YES [X] NO | Notified: _____ | Cmd: _____ |
|---|---|---|---|---|
| [ ] ADW | | Active Warrant [ ] YES [X] NO | Notified: _____ | Cmd: _____ |
| [ ] CRIMS | | Next Court Date: _____ | Borough/Court: _____ | Part: _____ |

Additional Information / Characteristics / Peculiarities (Include any Active Known Investigation Cards or Warrants):

Specific Instructions for Apprehending Officers:
SOUGHT FOR ARREST FOR DOMESTIC INCIDENT

| Command Phone No. 516-573-6253 | | Command Fax No. | | Cell Phone or Pager No. | |
|---|---|---|---|---|---|

| Assigned Investigator | Rank DET | Name (Print) MAZZARA | Tax No. 7976 | Command 2SQ | Command Code |
|---|---|---|---|---|---|
| Reviewed/ Approved By: | Rank D/SG | Supervisor's Name (Print) SCALONE | Tax No. 7424 | Signature | |

**CANCELLATION**

| Reason Cancelled: | Details of Apprehension (Include: Date, Time and Location of Arrest and/or Where the Subject Was Residing), or Indicate Why Investigation Card Was Discontinued (Non-Arrests) | | | | |
|---|---|---|---|---|---|
| [X] Apprehended | 03/13/19 @ 1650 - ARRESTED @ | | | | |
| [ ] Discontinued | NYPD 102 / 120TH PCT STATEN ISLAND. | | | | |

| Cancelled By: | Rank DET | Name (Print) MAZZARA | Tax No. 7976 | Command 2SQ | Date Cancelled 03/13/19 |
|---|---|---|---|---|---|
| Approved By: | Rank D/SGT | Name (Print) SCALONE | Tax No. 7424 | Command 2SQ | Date 03/13/19 |

**FOR USE BY WANTED DESK ONLY**

| Entered By: | Rank | Name (Print) | Tax No. | Date Entered | Time |
|---|---|---|---|---|---|
| Cancelled By: | Rank | Name (Print) | Tax No. | Date Entered | Time |
| Watch Analyst: | Rank | Name (Print) | Tax No. | Date Entered | Time |

# Message Header

Type: VehFelonyCancel_NYS
From: NY0290020 - Nassau County Police Department 2nd Precinct
User: mccannk6
Received: 03/12/2019 09:04 PM
Subject: Vehicle Felony Cancel VIN=KMHJF24M0WU701467, LIC=HTY8754, LIS=NY, OCA=LNAB1440

# Identifying Details

Message Key (MKE): FELONY VEHICLE, VEHICLE USED IN THE COMMISSION OF A CRIME

Originating Agency (ORI): NY0290020 - NASSAU COUNTY POLICE DEPARTMENT 2ND PRECINCT
516-573-6232

ORI Case Number (OCA): LNAB1440

Linking Agency (LKI):

LKI Case Number (LKA):

NIC Number (NIC): V281003207

Notify Originator of All Hits: NO

# Vehicle Details

Owner Number (OAN):
Vehicle ID (VIN): KMHJF24M0WU701467
Plate (LIC): HTY8754
State (LIS): NY - NEW YORK
Type (LIT): PC - REGULAR PASSENGER AUTOMOBILE PLATES
Expires (LIY): 2019
Year (VYR): 1998
Make (VMA): HYUN - HYUNDAI
Model (VMO): ELN - ELANTRA
Style (VST): 4D - SEDAN, 4-DOOR, AUTOMOBILE(2)
Color (VCO): WHI

# Incident

Date and Time of Theft: 03/12/2019 - 03:30
    Location of Theft:
        CTV Code: 3052 - OYSTER BAY
           Car Jack: NO
             Keys: YES
Miscellaneous (MIS):
CASE 2019CR317136 VEHICLE IS NOT STOLEN VEH USED IN COMMISSION OF
CRIME REG OWNER IS WANTED BY NASSAU COUNTY PD 2ND PCT DETECTIVES
REG OWN JAMES M CIPLEY DOB 091478 IS WANTED BY DET MAZZARA 5165736253

# Located

Recovering Agency (RRI): NY0303400 - NYCPD
                    646-610-5000
RRI Case Number (RCA): HTY8754
    Recovery Date (DOR): 03/12/2019
    Location of Recovery: STREET
        CTV Code:
      Vehicle Condition:
      Electronic Tracking: NO   Arrest Made: NO   Arson: NO   Occupied: NO
Arrest Information:

Storage Information:

Locating Officer Information:

Voucher/Report Number:

# Other

Destinations: NY0290020 (LNAB), NY0290009 (LNMO), NY0290002 (LNNC), NY0290000
           (LNAS), NY0290020 (LNAB)
Additional Comments:

As per Det Mazzara 2nd pct det cancel alarm owner notified

Transaction ID: 05e7de2c-452c-11e9-8db4-202020202512

NCPD 000102



NCPD 000103

DISTRIBUTION
ORIGINAL - ARRAIGNMENT COURT

## POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK
## PHYSICAL CONDITION OF DEFENDANT QUESTIONNAIRE

**INSTRUCTIONS**
Desk Officers will prepare in duplicate for all arrests, juvenile custodial, or all persons in custody who are subsequently released or turned over to another command or authority.

| DATE | TIME | LOCATION | | | CASE NO. | ARREST NO. |
|---|---|---|---|---|---|---|
| 03/13/2019 | 2222 | 2nd Precinct STHS | | | 2019CR317136 | 2019AR502709 |
| NAME OF DEFENDANT | | DATE OF BIRTH | SEX | | DELIVERED BY | |
| Cipley, James | | 09/14/1978 | Male | | 9822 ~ Hartman, Christen R | |
| DEFENDANT ADDRESS | | | | | DELIVERED BY | |
| 134 MILTON AVE, LEVITTOWN, NY 11756 | | | | | 9867 - Gleason, Christopher R | |

1. **Are you in good health?** Yes
   **Describe your health condition:** Not Applicable

2. **Have you any injuries?** No

3. **Describe the injuries?** Not Applicable
   **When, where and how did you receive the injuries?** Not Applicable

4. **Have you been drinking any alcoholic beverages?** No
   **When, what and how much did you drink?** Not Applicable

5. **Do you use drugs?** No

6. **What drugs do you use?** Not Applicable

7. **When did you use these drugs last?** Not Applicable

8. **Do you need a doctor?** No
   **If Yes, why?** Not Applicable

9. **Do you take any medication?** Yes
   **What do you use the medications for?** Anxiety but I am not in need of medication at this time
   **How often do you require them?** twice a day as needed.

I have read the above questions and answers and I certify that the answers are mine and that they are true.

X _____
SIGNATURE OF DEFENDANT

**DESK OFFICER'S REMARKS:** In all cases remarks must be made. Include observations of apparent injuries, illness, etc.; describe first aid and/or medical treatment or other action taken. If there are no apparent injuries that shall be so entered. If more space is needed continue on reverse side.

Transported to detention in RMP 817 by P.O's Gleason and Hartman. Arrestee takes medication for anxiety but states that h's not in need of medication at this time. he appears in good health with no apparent injuries.

_____
SIGNATURE OF WITNESS, DESK OFFICER

Prepared by: 7322 - Hospodar, Michael

PDCN 79



# Nassau County Police Department
## ARREST REPORT
Arrest Number: 2019AR502709    Case Folder Number: 2019CR317136
Cipley, James

## ARRESTEE

Name: Cipley, James                                         **DOB:** 09/14/1978          Age: 40
Sex: Male                          Race: White              Ethnicity: Non Hispanic or Latino
Juvenile: No
Address(es):    Home: 134 MILTON AVE, LEVITTOWN, NY 11756
Employer/School: None                                      Occupation/Grade: plumber
Phone(s):   Mobile: (516) 450-7945
Marital Status: Divorced
Driver's License #: 971403304                              Driver's License State: New York
Priors: Yes                                                Priors List: cpcs, resisting, escape, crim contempt, robbery, unlawfu
Gang Involvement: No
Previous Psychiatric Facility: No
Probation/Parole: No
Is Arrestee a Veteran: No
Arrest Information
Arrest #: 2019AR502709                                     Post of Arrest: NYPD STATEN ISLAND
Arrest Date/Time: 03/13/2019 1650                          Arrest Location: 120th Precinct, 78 Richmond Terrace
Arrest Type: Complaint/Taken into Custody
Armed With: None
Arrestee Searched: Yes         Justification: Arrest       Searched By: 7976 - Mazzara, Michael P

Arraignment
 Court: Nassau County First District Court                 Return Date: 03/14/2019
Arresting Officer: 7976 - Mazzara, Michael P
Rank: DET                      Shield: 1273                Command: 2SQ

NCIC
NCIC Check: Negative           Member: 7976 - Mazzara, Michael P
Calls Made: Yes
Phone#: (516) 735-1670         Name: James Cipley sr       Relation: father          Date/Time: 03/13/2019 1908
Admissions/Oral Statements: No

## CASE DATA

Case Folder#: 2019CR317136     Disposition: Founded
Reporting Officer: 10222 - Lomonaco, Anthony P             Agency/ORI: NASSAU COUNTY PD
Occurred On: 03/12/2019 03:30:00 (Tuesday)
Precinct of Incident: 2nd Precinct South
Address: 3742 WINDSOR DR, Bethpage, NY

Narrative: On March 12, 2019 at about 0330 hours at 3742 Windsor Dr, Bethpage the victim Bonnie Labella was staying with a friend. Suspect/Ex- boyfriend James Cipley arrived and began banging on the front door. When the victim awoke and went outside the suspect requested she leave with him and physically lifted her up to go. The victim refused, 911 was summoned, and the suspect fled scene. The victim holds a valid Nassau County District Court order of protection # 2019-000116, docket# cr-000485-19na, signed by Hon. Judge Valerie Alexander on January 06, 2019 and expiring on January 05, 2020. Said order directs the defendant in part to stay-away from the victim wherever she may be and not to go within 100 yards of her and refrain from any communication or contact with her. The victim made a formal police report in form DCJS-3221 and a written 32b attesting to the facts of the case and requesting the suspects arrest.

On March 13, 2019 the suspect was located in custody in Staten Island at the NYPD 120th precinct via the NYPD i-card system. Upon his release he was taken into custody at 1650 hours by detectives Mazzara and Lichtenstein and transported to the Second Precinct for arrest processing.

The defendant held for arraignment in First District Court on March 14, 2019 at 0900 hours.

## *OFFENSE(S)*

2019CR317136

**Offense:** PL 215.51 BV - CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT

**Class:** E                    **Category:** Felony              **Crime Against:** Person

**Location:** 3742 Windsor Dr, Bethpage, NY          **Date/Time:** 3/12/2019 3:30:00 AM

**Location Type:** Single Family Home

**Weapons:** None

**Criminal Activity:** None/Unknown

## *WARRANT(S)*

**Warrant Check:** Negative          **Checked by:** 7976 - Mazzara, Michael P

## *SUPERVISOR APPROVAL*

**Supplement Number:** 001

**Reviewed By:** 8842 - Landman, Matthew J

**Reviewed On:** 3/12/2019 5:10:40 AM

**Supplement Number:** 002

**Reviewed By:** 7322 - Hospodar, Michael

**Reviewed On:** 3/13/2019 9:51:55 PM

NCPD 000106



# Nassau County Police Department
## CRIME REPORT
Arrest Number: 2019AR502709    Case Folder Number: 2019CR317136

## DEFENDANT

| | | | |
|---|---|---|---|
| Name: Cipley, James | DOB: 09/14/1978 | Age: 40 | SSN: 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 |
| Sex: Male | Race: White | Ethnicity: Non Hispanic or Latino | |
| Marital Status: Divorced | | | |
| Employer/School: None | Occupation/Grade: plumber | | |

**Contact Information**
**Address**
Home: 134 MILTON AVE LEVITTOWN, NY 11756
Phone
Mobile: (516) 450-7945

**Physical Characteristics**

| | |
|---|---|
| Eye Color: Blue | Complexion: Light |
| Hair Color: Brown | Teeth: Normal |
| Hair Style: Bald/Balding | Facial Hair: Beard Only |
| Hair Length: Other | Height: 5' 10" |
| Build: Medium | Weight: 175 |

Clothing: black sweats, white sneakers, green hoodie

**Scars/Marks/Tattoos**

| Type | Location | Description |
|---|---|---|
| Scar | Neck | large scar right collar bone |

**Residency**
Place of Birth: east meadow, ny

| | |
|---|---|
| Driver's License #: 971403304 | Driver's License State: New York |

## INCIDENT INFORMATION

**2019CR317136**
Date: 03/12/2019 @ 0330 (Tuesday)
Location: 3742 WINDSOR DR Bethpage, NY

## ARREST INFORMATION

Arrest #: 2019AR502709

| | |
|---|---|
| Date/Time Arrested: 03/13/2019 @ 1650 | Type of Arrest: Complaint/Taken Into Custody |
| Location of Arrest: 120th Precinct, 78 Richmond Terrace | |
| Precinct of Arrest: 2nd Precinct South | Post of Arrest: NYPD STATEN ISLAND |
| Arrested By: 7976 - Mazzara, Michael P | Multi-Clearance: Not Applicable |
| | Armed With: None |

Priors: Yes
Prior Admittance To Psychiatric Facility: No
Hold For Other Authority: No

| | |
|---|---|
| Date/Time Booked: 03/13/2019 @ 1840 | Booked By: 7976 - Mazzara, Michael P    Booked By: 9434 - Lichtenstein, Elliot B |

**Gang Information**
Gang Involvement: No

**Offense(s)**

| Case Report Number | Offense | Class | Category | Modifier |
|---|---|---|---|---|
| 2019CR317136 | PL 215.51 BV - CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT | E | Felony | |

**ID Information**

| | | |
|---|---|---|
| Type: Known To Victim/Witness | Date/Time: 03/12/2019 @ 0350 | By: victim |

**Search Information**

| | | |
|---|---|---|
| Defendant Searched: Yes | Justification: Arrest | Searched By: 7976 - Mazzara, Michael P |

## ARREST INFORMATION

### Defendant's Phone Call(s)

Calls Made: Yes

| Date/Time | Phone | Name | Relation |
|---|---|---|---|
| 03/13/2019 @ 1908 | (516) 735-1670 | James Cipley sr | father |

### I-Card Information

Inquiry Performed: Yes                Result: Negative                Checked By: 7976 - Mazzara, Michael P

## PERSON(S) INVOLVED

### 2019CR317136

Offender

Name: Cipley, James                DOB: 09/14/1978                Age: 40

Contact Information

Address

Home: 134 MILTON AVE LEVITTOWN, NY 11756

Phone

Mobile: (516) 450-7945

Victim

Name: Labella, Bonnie                DOB: 11/02/1982                Age: 36

Contact Information

Address

Home: 1 2nd St Woodbury

Phone

Mobile: (321) 682-9707

## TESTIMONIAL(S)

Arresting Officer: 7976 - Mazzara, Michael P                Command: 2SQ

Testimonial: Performed investigation, interviewed victim, located defendant and placed into custody, transported, searched, processed arrest

Assisting Detective: 9434 - Lichtenstein, Elliot B                Command: 2SQ

Testimonial: located defendant and placed into custody, transported

## ARREST NARRATIVE

### 2019CR317136

On March 12, 2019 at about 0330 hours at 3742 Windsor Dr, Bethpage the victim Bonnie Labella was staying with a friend.  Suspect/Ex- boyfriend James Cipley arrived and began banging on the front door. When the victim awoke and went outside the suspect requested she leave with him and physically lifted her up to go. The victim refused, 911 was summoned, and the suspect fled scene. The victim holds a valid Nassau County District Court order of protection # 2019-000116, docket# cr-000465-19na, signed by Hon. Judge Valerie Alexander on January 06, 2019 and expiring on January 05, 2020. Said order directs the defendant in part to stay-away from the victim wherever she may be and not to go within 100 yards of her and refrain from any communication or contact with her. The victim made a formal police report in form DCJS-3221 and a written 32b attesting to the facts of the case and requesting the suspects arrest.

On March 13, 2019 the suspect was located in custody in Staten Island at the NYPD 120th precinct via the NYPD I-card system. Upon his release he was taken into custody at 1650 hours by detectives Mazzara and Lichtenstein and transported to the Second Precinct for arrest processing.

The defendant held for arraignment in First District Court on March 14, 2019 at 0900 hours.

## SUPERVISOR APPROVAL

Supplement Number: 001

Reviewed By: 8842 - Landman, Matthew J

Reviewed On: 3/12/2019 6:10:40 AM

Supplement Number: 002

Reviewed By: 7322 - Hospodar, Michael

Reviewed On: 3/13/2019 9:51:55 PM

Prepared By: _____          _____
                            Print                                          Sign


Desk Officer: _____          _____
                            Print                                          Sign

NCPD 000109

# FELONY COMPLAINT

Citation No.

Case No: 2019CR317136

Return Date: 03/14/2019

Docket No.:_____

**DISTRICT COURT OF THE COUNTY OF NASSAU**
**FIRST DISTRICT**

**THE PEOPLE OF THE STATE OF NEW YORK**
　　　　-against-

| Name | DOB | Age | Address | Arrest No | Arrest Date/Time |
|------|-----|-----|---------|-----------|------------------|
| Cipley, James | 9/14/1978 | 40 | 134 MILTON AVE LEVITTOWN, NY 11756 | 2019AR502709 | 3/13/2019 16:50 |

In the State of New York, County of Nassau: DET Michael P Mazzara, Shield No. 1273, being a member of the Nassau County Police Department deposes and says that on or about the 12th day of March, 2019, at about 3:30 AM, at 3742 Windsor Dr, Bethpage, NY, the defendant committed the following offense(s):

| Count | Offense | Desc. | Class-Category |
|-------|---------|-------|----------------|
| 1 | PL 215.51 BV | CRIMINAL CONTEMPT 1ST: VOP BY PHYSICAL CONTACT | E - F |

Count 1 - A person is guilty of criminal contempt in the first degree when: (b) in violation of a duly served order of protection, or such order of which the defendant has actual knowledge because he or she was present in court when such order was issued, or an order of protection issued by a court of competent jurisdiction in this or another state, territorial or tribal jurisdiction, he or she: (v) with intent to harass, annoy, threaten or alarm a person for whose protection such order was issued, strikes, shoves, kicks or otherwise subjects such other person to physical contact or attempts or threatens to do the same.

**To Wit:** At the aforesaid date, time and place of occurrence, the defendant James Cipley was in violation of a duly served Nassau County District Court order of protection # 2019-000116, docket# cr-000485-19na, signed by Hon. Judge Valerie Alexander on January 06, 2019 and expiring on January 05, 2020. The defendant has knowledge of said order in that the order indicates that the defendant was present in court when it was issued, advised in court of the issuance and content, and the order was personally served on the defendant in court on January 06, 2019. Said order directs the defendant in part to stay-away from the victim wherever she may be and not to go within 100 yards of her and refrain from any communication or contact with her. The defendant violated the aforementioned order during a domestic incident when he came to the victim's friend's house where she was present and banged on the door. When the victim came outside he physically picked her up and requested she leave with him.

The above is based upon information and belief, the source of said information and basis for such belief being the police investigation, supporting deposition and interviews of the victim, and a copy of valid Nassau County District Court order of protection # 2019-000116, docket# cr-000485-19na.

Any false statements made herein are punishable as a class A misdemeanor pursuant to Section 210.45 of the Penal Law and as other crimes.

Subscribed before me this 13th day of March 20

PDCN 85

# FELONY COMPLAINT

.tion No.

_ase No: 2019CR317136

DET Michael P Mazzara

Return Date: 03/14/2019

Docket No.:_____

LT Michael Hospodar

Message printed on 3/13/2019 21:53

Case ID:       219AR0502709
AFIS ID:
Trans Type:    ACK
Received:      3/13/2019 10:03:31 PM
Subject:       Complete PQC
From:          state@nans01.pdcn.org

Error Message:


Message Text:

Accepted at DVS
Lastname: CIPLEY
Firstname: JAMES
ArrestNo/CivilId: 219AR0502709

 **Viewer** ▶ **Table of Contents** ▶ **View**

Manual of Policy and Procedures (/Viewer/Manuals/10008?returnContentID=10235) / Volume 3 - Policy and Ethics (/Viewer/Manuals/10235?returnContentID=10675) / Chapter 3 - Uniform and Safety Equipment (/Viewer/Manuals/10675?returnContentID=18371)

# 3-03/300.30 - Raid Jacket (Optional)

‹ 3-03/300.20 - Foul Weather Jacket (Optional) (/Viewer/Manuals/10008/Content/10805)

3-03/300.40 - Bicycle Jacket (Optional) › (/Viewer/Manuals/10008/Content/10807)

The raid jacket shall be a microfiber polyester, waist-length, long sleeve, wind breaker-type jacket with microphone loops on each shoulder, a #5 zipper at the center, side pockets that are secured with zippers and shirred elastic cuffs that is Sheriff green in color. The raid jacket is designed and intended to give high visibility to non-uniformed sworn personnel who are engaged in special law enforcement operations, i.e., raids serving arrest or search warrants, or are in pursuit of suspects, etc., when it is imperative that they be readily identified as law enforcement officers.

- The raid jacket shall not be worn with the Class A, Class B, or Class C uniform during routine duty or investigations;
- The raid jacket shall not be worn as off-duty attire;
- The raid jacket shall not be worn with civilian attire during routine duty; and
- The raid jacket shall not be worn while testifying in court.

The raid jacket shall have an embroidered replica of the Department badge, silk screen printed shoulder patches, and the word "Sheriff" across the back in medium yellow (gold).

The previous nylon forest green raid jacket will be permitted for wear for a period of 12 months following implementation of this policy.

Save Topic as PDF (/Viewer/Manuals/GenerateRDF reportIndex=0)

© 2023 - Los Angeles County Sheriff's Department - Version 2021.7.22.1

Back to Table of Contents (/Viewer/Manuals/10675?returnContentID=18371)