

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

December 13, 2024

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re: *Cipley v. County of Nassau, et al.*, No. 20-cv-975

Dear Judge Azrack:

  This office represents the defendants in the above matter. I write this letter to serve as a motion to extend the time for defendants to brief their post-trial motions. I ask for the following schedule: Defendants to file their memorandum in support of the motion by January 24, 2025; Plaintiff to file her opposition memorandum by February 28, 2025; Defendants to file their reply memorandum by March 14, 2025.

  I sent this schedule to plaintiff's counsel's office yesterday and again this morning but have not heard back to know if they consent to the dates requested. Since the verdict was taken a week ago, and since I am away the last week of December and starting a trial on January 8, 2025, I did not want to wait any further to set a schedule.

  Thank you for your consideration of this request.

              Respectfully Submitted,

              /s *Oscar Michelen*

              OSCAR MICHELEN

Copy: All counsel via ECF`